UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LACAZE LAND DEVELOPMENT, LLC**<br><br>            Plaintiff<br><br>    v.<br><br>**DEERE & COMPANY, INC. and W.L. DOGGETT, LLC, D/B/A DOGGETT MACHINERY SERVICES**<br>            Defendants | CIVIL ACTION NO. 1:19-cv-01477<br><br>JUDGE DEE D. DRELL<br><br>MAG. JUDGE PEREZ-MONTES |

### CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT** comes Defendant W.L. Doggett, LLC d/b/a Doggett Machinery Services ("Doggett"), which, through undersigned counsel, submits this Corporate Disclosure Statement pursuant to F.R.Civ.P. 7.1 and Local Rule 5.6 and represents that Doggett is a Texas limited liability company. Doggett does not have a parent corporation or any stock that is owned by a publically held corporation.

Respectfully Submitted:

*/s/Zelma M. Frederick*
M. Brent Hicks, Bar Roll No. 23778, T.A.
Zelma M. Frederick, Bar Roll No. 31459
MCGLINCHEY STAFFORD, PLLC
301 Main Street, Fourteenth Floor
Baton Rouge, Louisiana  70801
Telephone:  (225) 383-9000
Facsimile:  (225) 343-3076
Email:  bhicks@mcglinchey.com
            zfrederick@mcglinchey.com

*ATTORNEYS FOR W.L. DOGGETT, LLC d/b/a DOGGETT MACHINERY SERVICES*

1528417.1

1

## CERTIFICATE OF SERVICE

  I certify that on January 28, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of filing to all CM/ECF participants and, by United States Mail, postage prepaid, to non-CM/ECF participants.

              */s/Zelma M. Frederick*
              Zelma M. Frederick

1528417.1