UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LACAZE LAND DEVELOPMENT, LLC** <br>         **Plaintiff** <br><br>     v. <br><br> **DEERE & COMPANY, INC. and W.L. DOGGETT, LLC, D/B/A DOGGETT MACHINERY SERVICES** <br>         **Defendants** | **CIVIL ACTION NO. 1:19-cv-01477** <br><br> **CHIEF JUDGE DEE D. DRELL** <br><br> **MAG. JUDGE PEREZ-MONTES** |

### MOTION TO DISMISS CROSS-CLAIM AGAINST DEERE & COMPANY, INC.

**NOW INTO COURT**, through the undersigned counsel comes defendant, W.L. Doggett, LLC d/b/a Doggett Machinery Services ("Doggett"), who respectfully requests that its cross-claim against Deere & Company, Inc. be dismissed without prejudice.

**WHEREFORE**, W.L. Doggett, LLC d/b/a Doggett Machinery Services prays that its Motion to Dismiss Cross-Claim against Deere & Company, Inc. without prejudice be granted.

Respectfully submitted:

**McGlinchey Stafford PLLC**

/s/Zelma Murray Frederick
M. Brent Hicks, (LA #23778)
Zelma Murray Frederick (LA #31459)
Candace B. Ford (LA #37686)
301 Main Street, Fourteenth Floor
Baton Rouge, Louisiana  70801
Telephone:  (225) 383-9000
Facsimile:  (225) 343-3076
Email:  bhicks@mcglinchey.com
          zfrederick@mcglinchey.com
          cford@mcglinchey.com
*Attorneys for Defendant W.L. Doggett, LLC d/b/a Doggett Machinery Services*

1570714.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 30th day of April, 2020.

*/s/Zelma Murray Frederick*
Zelma Murray Frederick

1570714.1