# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **LACAZE LAND DEVELOPMENT L L C** | **CASE NO. 1:19-CV-01477** |
| **VERSUS** | **JUDGE DRELL** |
| **DEERE & COMPANY INC ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## MINUTES OF COURT:
### Telephone Conference

| | | | |
|---|---|---|---|
| Date: | 04/30/2020 | Presiding: | Magistrate Judge Joseph H. L. Perez-Montes |
| Court Opened: | 10:00 a.m. | Courtroom Deputy: | Yvonna Tice |
| Court Adjourned: | 10:28 a.m. | Court Reporter: | Zoom Recording |
| Statistical Time: | **00:30** | | |

## APPEARANCES

| | | |
|---|---|---|
| Fred A Pharis | For | Lacaze Land Development L L C, Plaintiff |
| Paul Michael Lavelle | For | Deere & Co Inc, Defendant |
| Zelma M Frederick | For | W L Doggett L L C, Defendant |

## PROCEEDINGS

Telephone Conference held.

## RULINGS/COMMENTS:

Attorney Paul Lavelle's Oral Motion to Extend Plan of Work Deadlines, without opposition, GRANTED. Plaintiff's deadline for expert reports 07/30/20; Defendants deadline 08/30/20. Dispositive motions deadline 12/30/20. Discovery deadline 11/30/20. Expert deposition deadline for Plaintiff 10/30/20. The pretrial conference currently scheduled for January 21, 2021 is reset to March 25, 2021 at 2:15 p.m.

After discussion regarding the possible need for a rebuttal witness deadline, the Court advised it would entertain an agreed upon deadline at the point parties have discussion or, if it is opposed, Attorney Pharis may file a Motion for Leave and the Court would consider it in light of the circumstances.