## UNITED STATE DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**LACAZE LAND DEVELOPMENT, LLC**
*Plaintiff*

v.                                                              CIVIL ACTION NO.:1:19-cv-01477

**DEERE & COMPANY, INC. and**
**W. L. DOGGETT, LLC d/b/a**
**DOGGETT MACHINERY SERVICES**          **CHIEF JUDGE DEE D. DRELL**
*Defendants*                                            **MAG. JUDGE PEREZ-MONTES**

* * * * * * * * * * * * * ** * * * * * * * * * * * * * ** * * * * * * * * *

### MOTION FOR SUMMARY JUDGMENT

Defendant DEERE & COMPANY, INC. submit this Motion for Summary Judgment pursuant to Federal Rule of Procedure 56. For the reasons set for more fully in the attached Memorandum in Support and Statement of Material Facts, Summary Judgment is warranted as a matter of law.

**WHEREFORE**, Deere respectfully requests that this Court grant its Motion for Summary Judgment and dismiss all claims of Plaintiff, Lacaze Land Development, L.L.C., with prejudice and at plaintiffs' cost.

                                                                Respectfully submitted,

                                                                **/S/  PAUL M. LAVELLE**
                                                                **PAUL M. LAVELLE (08134)**
                                                                CODY J. ACOSTA (37005)
                                                                Cotten Schmidt, L.L.P.
                                                                650 Poydras Street, Suite 1950
                                                                New Orleans, LA  70130
                                                                Telephone:  (504) 568-9393
                                                                Facsimile:   (504) 524-1933
                                                                plavelle@cottenschmidt.com
                                                                codyacosta@cottenschmidt.com

                                **ATTORNEYS FOR DEERE & COMPANY, INC.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading was filed electronically with the Clerk of Court, using the CM/ECF system, this 28th day of January, 2021. Notice of filing will be sent to all counsel of record by operation of this Court's electronic filing system.

/s/ PAUL M. LAVELLE
PAUL M. LAVELLE