# **DOGGETT**

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
**Doggett Machinery Services**
**PO BOX 15869**
**Baton Rouge, LA 70895**
**Phone: (225) 291-3750**
**Fax: (225) 238-1824**

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

| | |
|---|---|
| Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 |
| Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 |

| | |
|---|---|
| Shreveport, LA 71119 (318) 631-3090 | |
| Lake Charles, LA 70615 (337) 430-3045 | |

| | | |
|---|---|---|
| **SHIP TO:** | SALES<br>SERVICE REQUEST | **Branch**<br>ALEXANDRIA LA    *REPRINT* |
| | | **Date** 07/26/18 / **Time** 20:16:25 (B) / **Page** 01 |
| | | **Account No.** 98000 / **Phone No.** / **Invoice No.** I64930 |
| **INVOICE TO:** | DOGGETT INT SALES<br>BATON ROUGE<br>BATON ROUGE LA 70816 | **Ship Via** / **Purchase Order** SHOP REPAIR |
| | | **Sales Tax License No.** / **F.S.T. ID** |
| | | **Salesperson** 259 |

## **DESCRIPTION**

```
STK#/FLEET#                  HRS  PIN/EIN        WARRANTY DATE     HRS
LN326996     333G COMPACT TRACK    3  1T0333GMLJF326996
             333GX                 X  CH4M31H006598
```

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.

```
SEGMENT# 1 C 2703  NA        07/16/18 07/16/18 07/30/18
  INSTALL MULCHING HEAD FROM OLD MACHINE                    2.00 HRS
  INSTALLED MULCHING HEAD AND SET SPEED.
                                        LABOR       497.47
            17902101              SEGMENT TOTAL==>   497.47
_____

SEGMENT# 2 C 2703  NA        07/16/18 07/16/18 07/30/18
  INSTALL HEAVY DUTY PACKAGE LA005102
  INSTALLED HEAVY DUTY PACKAGE.
                                        LABOR      2340.00
            17902101              SEGMENT TOTAL==>  2340.00
_____
```

```
                           ****** WORK ORDER TOTALS ******
                                  INTERNAL      CUSTOMER
                      LABOR       2837.47
                ENVIRONMENTAL      110.33
              SERVICE ACCESSO      252.20
              INTERNAL TOTAL      3200.00
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000001

# **DOGGETT**

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
|---|---|---|---|---|
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

**SHIP TO:**
LACAZE LAND DEVELOPM
waiting on
ins check
charge to customer?

**INVOICE TO:**
LACAZE LAND DEVELOPMENT LLC
106 SANDY LANE
ALEXANDRIA LA 71303

| Branch | | | |
|---|---|---|---|
| ALEXANDRIA LA | | *REPRINT* | |
| Date 08/14/18 | Time 20:16:12 (B) | | Page 01 |
| Account No. 0000452389 | Phone No. 3184523899 | | Invoice No. I65009 |
| Ship Via 3k/825949 | | Purchase Order SHOP REPAIR | |
| Sales Tax License No. | | F.S.T. ID | |
| | | Salesperson 259 | |

| **DESCRIPTION** |
|---|

```
STK#/FLEET#                     HRS  PIN/EIN        WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK   3  1T0333GMLJF326996
            333GX                X  CH4M31H006598
```

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.

```
SEGMENT# 1 C 2703  NA        07/26/18 07/26/18 07/30/18
UNLOAD AND LOAD DAMAGED SKID STEER
UNLOADED SKID STEER FROM TRAILER
                                           LABOR           292.50
10401101      52007223           SEGMENT TOTAL==>          292.50
```

```
SEGMENT# 2 C 2703  NA        07/26/18 07/26/18 07/30/18
REPLACE QUICK CONNECT HOSES ON MULCHING HEAD
F772JSJS-12       Hose Assm        1    325.87            325.87
F772TCJSJS-16     Hose Assm.       2    321.66            643.32
TY27367           5GAL HYDRAU      1    108.73            108.73
                                        PARTS            1077.92
                                        LABOR             780.00
10401101      52007223           SEGMENT TOTAL==>        1857.92
```

```
                          ****** WORK ORDER TOTALS ******
                          PARTS                1077.92
                          LABOR                1072.50
                          ENVIRONMENTAL          40.95
                          SERVICE ACCESSO        93.60
08142018JO                TOTAL CHARGE         2284.97
```

****************************************************

CONTINUED ON PAGE 02

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000002

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

**REMIT TO:**
**Doggett Machinery Services**
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

Covington, LA 70435 (985) 893-3005 · Monroe, LA 71202 (318) 343-8787 · Shreveport, LA 71119 (318) 631-3090
Longview, TX 75602 (903) 758-3326 · Lufkin, TX 75904 (936) 634-8801 · Lake Charles, LA 70615 (337) 430-3045

| SHIP TO: | LACAZE LAND DEVELOPM<br>waiting on<br>ins check<br>charge to customer? | Branch |  |  | ALEXANDRIA LA |  |
|---|---|---|---|---|---|---|
| | | Date | 08/14/18 | Time | 20:16:12 (B) | Page 02 |
| | | Account No. 0000452389 | | Phone No. 3184523899 | | Invoice No. I65009 |
| INVOICE TO: | LACAZE LAND DEVELOPMENT LLC<br>106 SANDY LANE<br>ALEXANDRIA LA 71303 | Ship Via 3k/825949 | | Purchase Order SHOP REPAIR | | |
| | | Sales Tax License No. | | F.S.T. ID | | |
| | | | | Salesperson | | 259 |

## DESCRIPTION

```
STK#/FLEET#               HRS   PIN/EIN           WARRANTY DATE      HRS
LN326996    333G COMPACT TRACK  3   1T0333GMLJF326996
            333GX              X   CH4M31H006598
***         Please Remit to:           ***
***         DOGGETT MACHINERY SERVICES  ***
***         PO BOX 15869                ***
***         BATON ROUGE, LA 70895       ***
***         (225)291-3750               ***
***************************************************
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000003

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

| | |
|---|---|
| Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 |
| Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 |

| | |
|---|---|
| Shreveport, LA 71119 (318) 631-3090 | |
| Lake Charles, LA 70615 (337) 430-3045 | |

| | | |
|---|---|---|
| **SHIP TO:** WARR-LACAZE LAND DEV | Branch | ALEXANDRIA LA    *REPRINT* |
| | Date 08/30/18 | Time 20:17:39 (B)   Page 01 |
| | Account No. WTYJDBAS01 | Phone No.    Invoice No. I65043 |
| **INVOICE TO:** DEERE WARRANTY FOR MACHINES UNDER BASIC BATON ROUGE LA 77777 | Ship Via 766436/2500.00 | Purchase Order FIELD REPAIR |
| | Sales Tax License No. | F.S.T. ID |
| | | Salesperson 259 |

| **DESCRIPTION** |
|---|

```
STK#/FLEET#                  HRS   PIN/EIN        WARRANTY DATE     HRS
LN326996     333G COMPACT TRACK  27  1T0333GMLJF326996
             333GX                   X CH4M31H006598

SEGMENT# 1 C 2643  NA        07/30/18 07/31/18 08/15/18
TRAVEL TIME
_____
SEGMENT# 2 C 2643  AT446642   07/30/18 07/31/18 08/15/18
DIAGNOSE CODES
COMPLAINT:
UNIT HAD ACTIVE CODE: 523628.10
CAUSE:
DIAGNOSTIC TIME 0.52
<2643 07-31-2018
CHECKED CODES AND REMOVED COVERS, INSPECTED LINES FOR
ISSUES, RAN DOSING SYSTEM TEST PASSED, CHECKED DEF LEVEL.
KEY PART# AT446642
CORRECTION:
REPAIR TIME 1.23 HOURS
<FOUND NEW VERSION SOFT WARE FOR DCU.PROGRAMMED DCU AND EMU
AND HYD, WHICH ALL HAD NEW HAD OPERATOR RUN MACHINE WITHOUT
ANY ISSUES.
********************************************************
DIAGNOSTICS/0.52 HR - DIAGNOSE ACTIVE CODE - $0.00
($0.00/HR + 0% ADDITIVE)
REPAIR/1.23 HR - UPDATE SOFTWARE - $167.90 ($130.00/HR + 5%
ADDITIVE)
1.75 HR - TOTAL LABOR - $167.90
X589336, 2643, WAYLON POLLARD
ADDITIONAL DESCRIPTION:
FAILURE DATE: 07/30/2018
REPAIR DATE: 07/31/2018
**
```

CONTINUED ON PAGE 02

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000004

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
**Doggett Machinery Services**
**PO BOX 15869**
**Baton Rouge, LA 70895**
**Phone: (225) 291-3750**
**Fax: (225) 238-1824**

| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
|---|---|---|---|---|
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| | | | | |
|---|---|---|---|---|
| **SHIP TO:** | WARR-LACAZE LAND DEV | Branch | ALEXANDRIA LA | |
| | | Date 08/30/18 | Time 20:17:39 (B) | Page 02 |
| | | Account No. WTYJDBAS01 | Phone No. | Invoice No. I65043 |
| **INVOICE TO:** | DEERE WARRANTY FOR MACHINES UNDER BASIC BATON ROUGE LA 77777 | Ship Via 766436/2500.00 | Purchase Order FIELD REPAIR | |
| | | Sales Tax License No. | F.S.T. ID | |
| | | | Salesperson 259 | |

## DESCRIPTION

```
STK#/FLEET#                   HRS   PIN/EIN        WARRANTY DATE      HRS
LN326996    333G COMPACT TRACK  27  1T0333GMLJF326996
            333GX                X  CH4M31H006598
  Claim 113747941 SUBMITTED 08/30/2018-REGINA
                                          LABOR          167.90
10400123 10501101                  SEGMENT TOTAL==>      167.90
```

```
                            ****** WORK ORDER TOTALS ******
                                   INTERNAL      CUSTOMER
                            LABOR     167.90
                    INTERNAL TOTAL    167.90
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |
| Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 |
| Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 |
| Shreveport, LA 71119 (318) 631-3090 | Lake Charles, LA 70615 (337) 430-3045 |

**SHIP TO:** SAME AS BELOW

**INVOICE TO:**
DOGGETT INT SALES
BATON ROUGE
BATON ROUGE LA 70816

| Branch | | |
|---|---|---|
| | ALEXANDRIA LA | *REPRINT* |
| Date 08/30/18 | Time 20:17:42 (B) | Page 01 |
| Account No. 98000 | Phone No. | Invoice No. I65150 |

| Ship Via 252875/2000.00 | Purchase Order SHOP REPAIR |
|---|---|
| Sales Tax License No. | F.S.T. ID |
| | Salesperson 259 |

## DESCRIPTION

```
STK#/FLEET#                    HRS  PIN/EIN        WARRANTY DATE      HRS
LN326996     333G COMPACT TRACK  27  1T0333GMLJF326996
             333GX               X  CH4M31H006598
```

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.

```
SEGMENT# 1 C 31078 NA         08/15/18 08/15/18 08/30/18
 101 INSPECTION
8-15-18  31078. CLEANED PERFORM 101 INSPECTION.
                                          LABOR       97.50
10400123      17902101             SEGMENT TOTAL==>    97.50
```

```
SEGMENT# 2 C 31078 NA         08/15/18 08/15/18 08/30/18
INITIAL 50 HOUR SERVICE
8-15-18  31078.  PERFORM INITIAL 50 HR.SERVICE.PULLED OIL
SAMPLES FROM BOTH FINAL DRIVES.CHANGED OIL IN BOTH FINAL
DRIVES.
AT346594             FLUID ANALYSIS      2    22.50    45.00
TY26815              1GAL 80W90          1    22.71    22.71
                                          PARTS        67.71
                                          LABOR        97.50
10400123      17902101             SEGMENT TOTAL==>   165.21
```

```
                    ****** WORK ORDER TOTALS ******
                                 INTERNAL      CUSTOMER
                    PARTS            67.71
                    LABOR           195.00
            ENVIRONMENTAL             5.00
          SERVICE ACCESSO             8.00
```

CONTINUED ON PAGE 02

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000006

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

Covington, LA 70435 (985) 893-3005 · Monroe, LA 71202 (318) 343-8787 · Shreveport, LA 71119 (318) 631-3090
Longview, TX 75602 (903) 758-3326 · Lufkin, TX 75904 (936) 634-8801 · Lake Charles, LA 70615 (337) 430-3045

| | | | | |
|---|---|---|---|---|
| **SHIP TO:** | SAME AS BELOW | Branch<br>ALEXANDRIA LA | | |
| | | Date<br>08/30/18 | Time<br>20:17:42 (B) | Page<br>02 |
| | | Account No.<br>98000 | Phone No. | Invoice No.<br>I65150 |
| **INVOICE TO:** | DOGGETT INT SALES<br>BATON ROUGE<br>BATON ROUGE LA 70816 | Ship Via<br>252875/2000.00 | Purchase Order<br>SHOP REPAIR | |
| | | Sales Tax License No. | F.S.T. ID | |
| | | | | Salesperson<br>259 |

## DESCRIPTION

| STK#/FLEET# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| LN326996 | 333G COMPACT TRACK | 27 | 1T0333GMLJF326996 | | |
| | 333GX | X | CH4M31H006598 | | |
| | | | | INTERNAL TOTAL | 275.71 |

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000007

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |
| Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 |
| Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 |
| Shreveport, LA 71119 (318) 631-3090 | Lake Charles, LA 70615 (337) 430-3045 |

| | | |
|---|---|---|
| **SHIP TO:** | SAME AS BELOW | **Branch** ALEXANDRIA LA  *REPRINT* |
| | | **Date** 09/06/18 **Time** 20:16:02 (B) **Page** 01 |
| | | **Account No.** 0000452389 **Phone No.** 3184523899 **Invoice No.** I65232 |
| **INVOICE TO:** | LACAZE LAND DEVELOPMENT LLC 106 SANDY LANE ALEXANDRIA LA 71303 | **Ship Via** | **Purchase Order** SHOP REPAIR |
| | | **Sales Tax License No.** | **F.S.T. ID** |
| | | | **Salesperson** 33 |

## DESCRIPTION

```
STK#/FLEET#                    HRS  PIN/EIN         WARRANTY DATE   HRS
LN326996    333G COMPACT TRACK  91  1T0333GMLJF326996  07/24/20    2000
            333GX                X  CH4M31H006598
```

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.

```
SEGMENT# 1 C 2647  NA          08/27/18 09/04/18 08/30/18
101 INSPECTION
WINDSHIELD WIPER BLADE
10407101
```

```
SEGMENT# 2 C 2647  NA          08/27/18 08/30/18 08/30/18
REPAIR DAMAGE TO AUXILIARY CONNECTIONS ON BOOM AND HEAD.
8-30-18 2647
REMOVED THE AUX CONNECTION MANIFOLD AT THE BOOM END.
8-31-18 2647
TAPPED HOLES FOR THE AUX CONNECTOR TO 3/8S.
INSTALLED NEW MANIFOLD AND CONNECTED LINES. INSTALLED NEW
COUPLINGS TO THE LINES. TOPPED OFF WITH FLUID AND TEST RAN.
REPLACED WINDSHIELD WIPER. UNIT READY.
```

| | | | | |
|---|---|---|---|---|
| AT312470 | COUPLER | 1 | 82.31 | 82.31 |
| | Hyd. Quick-Connect Coupler | | | |
| AT430998 | Hyd. Quick-Conn | 1 | 48.47 | 48.47 |
| | Hyd. Quick-Connect Coupler | | | |
| AT445261 | Wiper Blade | 1 | 28.68 | 28.68 |
| AT447022 | Manifold | 1 N | 360.56 | 360.56 |
| FRT | SHIP & HANDLING | 1 | 22.46 | 22.46 |
| KV14216 | HYD. QUICK SKT | 1 | 108.32 | 108.32 |
| | Hyd. Quick-Connect Coupler | | | |
| R26448 | O-RING | 1 | 4.39 | 4.39 |
| T77857 | O-RING | 1 | 4.10 | 4.10 |

CONTINUED ON PAGE 02

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000008

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
**Doggett Machinery Services**
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |

| | | |
|---|---|---|
| Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 | |
| Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 | |

| | |
|---|---|
| **SHIP TO:** SAME AS BELOW | **Branch** ALEXANDRIA LA |
| | **Date** 09/06/18   **Time** 20:16:02 (B)   **Page** 02 |
| | **Account No.** 0000452389   **Phone No.** 3184523899   **Invoice No.** I65232 |
| **INVOICE TO:** LACAZE LAND DEVELOPMENT LLC 106 SANDY LANE ALEXANDRIA LA 71303 | **Ship Via**   **Purchase Order** SHOP REPAIR |
| | **Sales Tax License No.**   **F.S.T. ID** |
| | **Salesperson** 33 |

## DESCRIPTION

```
STK#/FLEET#                    HRS  PIN/EIN        WARRANTY DATE   HRS
LN326996    333G COMPACT TRACK  91  1T0333GMLJF326996  07/24/20  2000
            333GX                X  CH4M31H006598
38H3173              Adapter Fitting     1 N    21.83              21.83
                                           PARTS              681.12
                                           LABOR              780.00
10407101                         SEGMENT TOTAL==>           1461.12
```

```
                                    ****** WORK ORDER TOTALS ******
                                    PARTS                 681.12
                                    LABOR                 780.00
                            ENVIRONMENTAL                  27.30
                          SERVICE ACCESSO                  62.40
                             SUB TOTAL==>                1550.82
                          4.45% LA STATE                   69.01
                            RAPIDES 3.5%                   54.28
126561    8761632618    Total Due Power Plan             1674.11
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000009

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

Covington, LA 70435 (985) 893-3005
Longview, TX 75602 (903) 758-3326

Monroe, LA 71202 (318) 343-8787
Lufkin, TX 75904 (936) 634-8801

Shreveport, LA 71119 (318) 631-3090
Lake Charles, LA 70615 (337) 430-3045

| | | |
|---|---|---|
| **SHIP TO:** | SAME AS BELOW | Branch ALEXANDRIA LA   *REPRINT* |
| | | Date 08/30/18 | Time 20:17:44 (B) | Page 01 |
| | | Account No. 98000 | Phone No. | Invoice No. I65274 |
| **INVOICE TO:** | DOGGETT INT SALES BATON ROUGE BATON ROUGE LA 70816 | Ship Via | Purchase Order FIELD REPAIR |
| | | Sales Tax License No. | F.S.T. ID |
| | | | Salesperson 259 |

## DESCRIPTION

```
STK#/FLEET#                  HRS   PIN/EIN          WARRANTY DATE      HRS
LN326996     333G COMPACT TRACK   27  1T0333GMLJF326996
             333GX                X  CH4M31H006598

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.

SEGMENT# 1 C 2643  NA        08/29/18 07/31/18 08/30/18
 TRAVEL TIME REF. I65043
 WOODSON RD AND LA 1196
 MICHAEL 318-452-3899
 SERVICE CALL TO 31.2228, -92.1291
                                             LABOR      168.75
        17902101                     SEGMENT TOTAL==>    168.75
```

```
                           ****** WORK ORDER TOTALS ******
                              INTERNAL      CUSTOMER
               LABOR          168.75
        TRUCK#43453           216.00
        INTERNAL TOTAL        384.75
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000010

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| | | |
|---|---|---|
| **SHIP TO:** SAME AS BELOW | **Branch** ALEXANDRIA LA   *REPRINT* | |
| | **Date** 09/28/18 | **Time** 20:18:17 (B) | **Page** 01 |
| | **Account No.** 98000 | **Phone No.** | **Invoice No.** I65318 |
| **INVOICE TO:** DOGGETT INT SALES BATON ROUGE BATON ROUGE LA 70816 | **Ship Via** 804140/2500.00 | **Purchase Order** FIELD REPAIR |
| | **Sales Tax License No.** | **F.S.T. ID** |
| | | **Salesperson** 259 |

## DESCRIPTION

```
STK#/FLEET#              HRS  PIN/EIN      WARRANTY DATE  HRS
LN326996   333G COMPACT TRACK  93  1T0333GMLJF326996  07/24/20  2000
           333GX              X  CH4M31H006598

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.

SEGMENT# 1 C 2703  NA        09/04/18 09/06/18 09/30/18
TRAVEL TIME
FC: MICHAEL 318-452-3899
***** TECHNICIANS COMMENTS **********************************
*                                                          *
*09-05-2018 2703                                           *
*31.3870, -92.3232                                         *
*                                                          *
************************************************************
                                          LABOR      112.50
10400123        17902101           SEGMENT TOTAL==>   112.50
```

---

```
SEGMENT# 2 C 2703  XMISC      09/04/18 09/04/18 09/30/18
WIPER MOTOR BINDING
DIAGNOSTIC TIME .25 HRS
REPAIR TIME 1.25 HRS
FAILED PART AT474302
INSPECTED MACHINE AND VERIFIED CUSTOMER COMPLAINT.
WINDSHIELD WIPER MOTOR BINDING DURING MOTION. REMOVED AND
REPLACED WIPER MOTOR.
**********************************************************
A WARRANTY CLAIM HAS BEEN FILED WITH JOHN DEERE FOR THE
ITEMS COVERED BY THE REMAINING BASIC WARRANTY ON THIS
MACHINE. SHOULD ANY ISSUE ARISE WITH THE WARRANTY CLAIM,
THE CUSTOMER WILL BE NOTIFIED BY THE DEALERSHIP. CUSTOMER
```

CONTINUED ON PAGE 02

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000011

# **DOGGETT**

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 | |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |
| Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 | |

| | | | |
|---|---|---|---|
| **SHIP TO:** | SAME AS BELOW | **Branch** ALEXANDRIA LA | |
| | | **Date** 09/28/18 | **Time** 20:18:17 (B) **Page** 02 |
| | | **Account No.** 98000 | **Phone No.** **Invoice No.** I65318 |
| **INVOICE TO:** | DOGGETT INT SALES BATON ROUGE BATON ROUGE LA 70816 | **Ship Via** 804140/2500.00 | **Purchase Order** FIELD REPAIR |
| | | **Sales Tax License No.** | **F.S.T. ID** |
| | | | **Salesperson** 259 |

| **DESCRIPTION** |
|---|

```
STK#/FLEET#                   HRS    PIN/EIN          WARRANTY DATE    HRS
LN326996     333G COMPACT TRACK  93   1T0333GMLJF326996  07/24/20   2000
             333GX              X   CH4M31H006598
IS RESPONSIBLE FOR PAYING THE REMAINING CHARGES ON THIS
WORK ORDER AS THEY ARE NOT COVERED UNDER THE VENDOR'S
WARRANTY.
```

```
                          ****** WORK ORDER TOTALS ******
                              INTERNAL      CUSTOMER
                 LABOR        112.50
              TRUCK#4312      128.00
           INTERNAL TOTAL     240.50
```

**Received By**_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000012

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| | | Monroe, LA 71202 (318) 343-8787 |
| | | Shreveport, LA 71119 (318) 631-3090 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |
| | | Lufkin, TX 75904 (936) 634-8801 |
| | | Lake Charles, LA 70615 (337) 430-3045 |

| | | |
|---|---|---|
| **SHIP TO:** BASIC WARRANTY<br>LACAZE LAND | **Branch** ALEXANDRIA LA   *REPRINT* | |
| | **Date** 09/28/18 | **Time** 20:18:21 (B) | **Page** 01 |
| | **Account No.** WTYJDBAS01 | **Phone No.** | **Invoice No.** I65489 |
| **INVOICE TO:** DEERE WARRANTY<br>FOR MACHINES UNDER BASIC<br>BATON ROUGE LA 77777 | **Ship Via** | **Purchase Order** I65318 |
| | **Sales Tax License No.** | **F.S.T. ID** |
| | | **Salesperson** 679 |

## DESCRIPTION

```
STK#/FLEET#              HRS  PIN/EIN         WARRANTY DATE   HRS
LN326996     333G COMPACT TRACK   93  1T0333GMLJF326996   07/24/20   2000
             333GX                  X CH4M31H006598

SEGMENT# 1 C 2703  AT474302     09/05/18 09/05/18 09/05/18
WIPER MOTOR BINDNING
COMPLAINT:
WIPER MOTOR BINDING
CAUSE:
INSPECTED MACHINE AND VERIFIED CUSTOMER COMPLAINT.
WINDSHIELD WIPER MOTOR BINDING DURING MOTION. WILL NEED NEW
MOTOR. ORDERED PART.
KEY PART#  AT474302
CORRECTION:
REMOVED AND TAGGED INOPERABLE MOTOR AND INSTALLED NEW WIPER
MOTOR. TESTED AND ALL IS WORKING PROPERLY. UNIT READY.
**********************************************DI
AGNOSTIC/X524873, 2703, JUSTIN MONK/0.25 HR - DIAGNOSTIC -
$0.00 ($150.00/HR + 0% ADDITIVE)
REPAIR/X524873, 2703, JUSTIN MONK/1.00 HR - REPAIR -
$157.50 ($150.00/HR + 5% ADDITIVE)
1.25 HR - TOTAL LABOR - $157.50
**********************************************
ADDITIONAL DESCRIPTION:
FAILURE DATE:  9/5/2018
REPAIR DATE:  9/5/2018
**********************************************
CLAIM 113899550 SUBMITTED 9/28/2018 - TROY GOMEZ
AT474302               Wiper Motor        1     173.84      173.84
                                          PARTS             173.84
                                          LABOR             157.50
       10501101                   SEGMENT TOTAL==>           331.34
```

CONTINUED ON PAGE 02

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000013

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| | | | |
|---|---|---|---|
| **SHIP TO:** | BASIC WARRANTY<br>LACAZE LAND | **Branch** ALEXANDRIA LA | |
| | | **Date** 09/28/18 | **Time** 20:18:21 (B) | **Page** 02 |
| | | **Account No.** WTYJDBAS01 | **Phone No.** | **Invoice No.** I65489 |
| **INVOICE TO:** | DEERE WARRANTY<br>FOR MACHINES UNDER BASIC<br>BATON ROUGE LA 77777 | **Ship Via** | **Purchase Order** I65318 |
| | | **Sales Tax License No.** | **F.S.T. ID** |
| | | | **Salesperson** 679 |

| **DESCRIPTION** |
|---|

| STK#/FLEET# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| LN326996 | 333G COMPACT TRACK | 93 | 1T0333GMLJF326996 | 07/24/20 | 2000 |
| | 333GX | X | CH4M31H006598 | | |

```
                           ****** WORK ORDER TOTALS ******
                                INTERNAL      CUSTOMER
                      PARTS       173.84
                      LABOR       157.50
              INTERNAL TOTAL      331.34
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000014

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

| | |
|---|---|
| Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 |
| Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 |

| | |
|---|---|
| Shreveport, LA 71119 (318) 631-3090 | |
| Lake Charles, LA 70615 (337) 430-3045 | |

| | | |
|---|---|---|
| **SHIP TO:** | SAME AS BELOW | **Branch** ALEXANDRIA LA   *REPRINT* |

| **Date** 02/13/19 | **Time** 20:16:30 (B) | **Page** 01 |
|---|---|---|
| **Account No.** 0000452389 | **Phone No.** 3184523899 | **Invoice No.** I66421 |

| | | | |
|---|---|---|---|
| **INVOICE TO:** | LACAZE LAND DEVELOPMENT LLC 106 SANDY LANE ALEXANDRIA LA 71303 | **Ship Via** | **Purchase Order** FIELD REPAIR |
| | | **Sales Tax License No.** | **F.S.T. ID** |
| | | | **Salesperson** 259 |

## DESCRIPTION

```
STK#/FLEET#              HRS   PIN/EIN           WARRANTY DATE   HRS
LN326996     333G COMPACT TRACK  259  1T0333GMLJF326996  07/24/20  2000
             333GX              X CH4M31H006598
```

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.

```
SEGMENT# 1 C 2725  NA        02/04/19 02/04/19 02/28/19
SERVICE CALL
SERVICE CALL TO 31.3124,-92.4824
1 SERVICE CALL
                                         LABOR              56.25
10407101                        SEGMENT TOTAL==>            56.25
```

```
SEGMENT# 2 C 2725  NA        02/04/19 02/04/19 02/28/19
DIAGNOSE AND REPAIR SLOW HYDRAULICS
***** TECHNICIANS COMMENTS ***********************************
*                                                            *
* 2-4-19 2725 REMOVED CAB BOLTS AND LIFTED CAB AND THEN      *
*REMOVED FOOT TUB AND STARTED DIAGNOSING MACHINE AND FOUND   *
*THAT PRESSURE WAS BELOW SPEC AFTER FURTHER DIAGNOSING       *
*REMOVED HIGH FLOW SOLENOID VALVE STEM AND FOUND TRASH STUCK *
*IN IT SO CLEANED IT OUT AND CHANGED HYDRASTAT FILTER AND    *
*SET PRESSURES CHARGE PRESSURE                               *
*WAS 80PSI ABOVE MINIMUM SO SET PRESSURE AT 680PSI RELIEF    *
*PRESSURE WAS 280PSI BELOW SPEC SO SET IT AT 3570PSI AND     *
*THEN CHECKED SPEED ON FAN AND HEAD AND ALL CYCLE TIMES AND  *
*WAS AT TOPPED OFF SPEC.                                     *
*                                                            *
**************************************************************
AT314164                 FILTER ELE       1     52.48        52.48
FRT                      SHIP & HANDLING  1     18.71        18.71
```

                              CONTINUED ON PAGE 02

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance.
Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

# **DOGGETT**

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| | | |
|---|---|---|
| **SHIP TO:** | **SAME AS BELOW** | **Branch** ALEXANDRIA LA | |
| | | **Date** 02/13/19 | **Time** 20:16:30 (B) | **Page** 02 |
| | | **Account No.** 0000452389 | **Phone No.** 3184523899 | **Invoice No.** I66421 |
| **INVOICE TO:** | LACAZE LAND DEVELOPMENT LLC 106 SANDY LANE ALEXANDRIA LA 71303 | **Ship Via** | **Purchase Order** FIELD REPAIR |
| | | **Sales Tax License No.** | **F.S.T. ID** |
| | | | **Salesperson** 259 |

## DESCRIPTION

| STK#/FLEET# | | | HRS | PIN/EIN | | WARRANTY DATE | HRS | |
|---|---|---|---|---|---|---|---|---|
| LN326996 | 333G COMPACT TRACK | | 259 | 1T0333GMLJF326996 | | 07/24/20 | 2000 | |
| | 333GX | | | X CH4M31H006598 | | | | |
| MIU802154 | | Filter | | | 1 | 49.63 | | 49.63 |
| MIU802421 | | Filter Element | | | 1 | 30.14 | | 30.14 |
| MIU802422 | | O-Ring | | | 1 | 17.08 | | 17.08 |
| | | | | | | PARTS | | 168.04 |
| | | | | | | LABOR | | 450.00 |
| 10407101 | | | | | SEGMENT TOTAL==> | | | 618.04 |

|  | |
|---|---|
| ****** WORK ORDER TOTALS ****** | |
| PARTS | 168.04 |
| LABOR | 506.25 |
| ENVIRONMENTAL | 17.71 |
| SERVICE ACCESSO | 40.50 |
| TRUCK#0010 | 24.00 |
| SUB TOTAL==> | 756.50 |
| 4.45% LA STATE | 33.67 |
| RAPIDES 3.5% | 26.48 |
| 648469    8761632618    Total Due Power Plan | 816.65 |

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000016

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 | |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |
| Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 | |

| | | |
|---|---|---|
| **SHIP TO:** LACAZE LAND DEVELOPM | **Branch** ALEXANDRIA LA   *REPRINT* | |
| | **Date** 03/28/19 | **Time** 20:17:16 (B) | **Page** 01 |
| | **Account No.** 98000 | **Phone No.** | **Invoice No.** I66538 |
| **INVOICE TO:** DOGGETT INT SALES BATON ROUGE BATON ROUGE LA 70816 | **Ship Via** | **Purchase Order** FIELD REPAIR |
| | **Sales Tax License No.** | **F.S.T. ID** |
| | | **Salesperson** 153 |

## DESCRIPTION

```
STK#/FLEET#                    HRS  PIN/EIN         WARRANTY DATE   HRS
LN326996      333G COMPACT TRACK 267  1T0333GMLJF326996  07/24/20   2000
              333GX              X  CH4M31H006598
```

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.

```
SEGMENT# 1 C 2780  NA        02/19/19 02/21/19 02/28/19
  SERVICE CALL                                       .50 HRS
SERVICE CALL TO 31.3124, -92.4824
  1 SERVICE CALL
                                           LABOR       56.25
  10400123        17910101              SEGMENT TOTAL==>  56.25
```
_____
```
SEGMENT# 2 C 2780  NA        02/19/19 02/21/19 02/28/19
DIAGNOSE AND REPAIR HYDRAULIC RESTRICTION CODE
COMPLAINT:
HYDRAULIC RESTRICTION CODE
CAUSE:
SWITCH IS BAD
CORRECTION:
DIAGNOSE:
removed cab hold down bolts. opened cab up. removed
terminal from filter restriction switch.
REPAIR:
replaced switch. reinstalled terminal on switch. lowered
cab back down and bolted down. picked up tools.
ADDITIONAL DESCRIPTION:
CODE: 001713.00
DIAGNOSE: 1.00 HRS
REPAIR: 1.84 HRS
FAILURE DATE: 2.18.19
```

CONTINUED ON PAGE 02

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance.
Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000017

# **DOGGETT**

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |

Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090
Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045

**SHIP TO:** LACAZE LAND DEVELOPM

**INVOICE TO:** DOGGETT INT SALES
BATON ROUGE
BATON ROUGE LA 70816

| Branch | ALEXANDRIA LA | |
|---|---|---|
| Date 03/28/19 | Time 20:17:16 (B) | Page 02 |
| Account No. 98000 | Phone No. | Invoice No. I66538 |
| Ship Via | Purchase Order FIELD REPAIR | |
| Sales Tax License No. | F.S.T. ID | |
| | Salesperson 153 | |

## DESCRIPTION

```
STK#/FLEET#                    HRS  PIN/EIN        WARRANTY DATE   HRS
LN326996    333G COMPACT TRACK 267  1T0333GMLJF326996  07/24/20  2000
            333GX                 X  CH4M31H006598
REPAIR DATE: 2.28.19
FAILED PART:AT305595
*********************************************************
A WARRANTY CLAIM HAS BEEN FILED WITH JOHN DEERE FOR THE
ITEMS COVERED BY THE REMAINING BASIC WARRANTY ON THIS
MACHINE. SHOULD ANY ISSUE ARISE WITH THE WARRANTY CLAIM,
THE CUSTOMER WILL BE NOTIFIED BY THE DEALERSHIP. CUSTOMER
IS RESPONSIBLE FOR PAYING THE REMAINING CHARGES ON THIS
WORK ORDER AS THEY ARE NOT COVERED UNDER THE VENDOR'S
WARRANTY.
>TRAVEL
```

```
                        ****** WORK ORDER TOTALS ******
                            INTERNAL      CUSTOMER
               LABOR          56.25
          TRUCK#7072          38.40
      INTERNAL TOTAL          94.65
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000018

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | | |
|---|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| | | |
|---|---|---|
| **SHIP TO:** | BASIC WARRANTY<br>LACAZE LAND | **Branch**<br>ALEXANDRIA LA    *REPRINT* |
| | | **Date** 03/26/19   **Time** 20:17:01 (B)   **Page** 01 |
| | | **Account No.** WTYJDBAS01   **Phone No.**   **Invoice No.** I66625 |
| **INVOICE TO:** | DEERE WARRANTY<br>FOR MACHINES UNDER BASIC<br>BATON ROUGE LA 77777 | **Ship Via**   **Purchase Order** |
| | | **Sales Tax License No.**   **F.S.T. ID** |
| | | **Salesperson** 574 |

## DESCRIPTION

```
STK#/FLEET#          HRS  PIN/EIN        WARRANTY DATE    HRS
LN326996      333G COMPACT TRACK  295  1T0333GMLJF326996  07/24/20  2000
              333GX            X CH4M31H006598

SEGMENT# 1 C 797  T358701      03/06/19 03/06/19 03/06/19
REPLACE TURBO BOOT
COMPLAINT:
LOUD NOISE COMING FROM TURBO
CAUSE:
REMOVED AND CHECKED ENGINE AND SURROUNDING AREAS DETERMINED
THAT HOSE BLEW IN THE COOLING SYSTEMS AREA
FAILED PART: T358701
CORRECTION:
3/6/19     797 2.85 HRS REPAIR
Replaced hose that had the hole in it and put machine back
together. Replaced all removed or moved components. Tested
machine and all is operating as designed. Ready for
customer to pick up.
**********************************************
DIAGNOSE/797, X346634, Darrell Bass/2.29 HR - DIAGNOSE -
$0.00 ($130.00/HR + 0% ADDITIVE)
REPAIR/797, X346634, Darrell Bass/3.85 HR - REPAIR -
$525.53 ($130.00/HR + 5% ADDITIVE)
6.14 HR - TOTAL LABOR - $525.53
ENVIRONMENTAL FEES - $28.81
**********************************************
ADDITIONAL DESCRIPTION:
FAILURE DATE: 3.6.19
REPAIR DATE: 3.6.19
**********************************************
CLAIM 114760894 SUBMITTED 3/26/2019 - TROY GOMEZ
T358701                Hose            1     20.27    20.27
                                       PARTS         20.27
                           CONTINUED ON PAGE 02
```

CONTINUED ON PAGE 02

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000019

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
**Doggett Machinery Services**
**PO BOX 15869**
**Baton Rouge, LA 70895**
**Phone: (225) 291-3750**
**Fax: (225) 238-1824**

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

Covington, LA 70435 (985) 893-3005   Monroe, LA 71202 (318) 343-8787   Shreveport, LA 71119 (318) 631-3090
Longview, TX 75602 (903) 758-3326   Lufkin, TX 75904 (936) 634-8801   Lake Charles, LA 70615 (337) 430-3045

| | | | | |
|---|---|---|---|---|
| **SHIP TO:** | BASIC WARRANTY<br>LACAZE LAND | Branch    ALEXANDRIA LA | | |
| | | Date    03/26/19 | Time    20:17:01 (B) | Page    02 |
| | | Account No.    WTYJDBAS01 | Phone No. | Invoice No.    I66625 |
| **INVOICE TO:** | DEERE WARRANTY<br>FOR MACHINES UNDER BASIC<br>BATON ROUGE LA 77777 | Ship Via | Purchase Order | |
| | | Sales Tax License No. | F.S.T. ID | |
| | | | Salesperson    574 | |

## DESCRIPTION

| STK#/FLEET# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| LN326996 | 333G COMPACT TRACK | 295 | 1T0333GMLJF326996 | 07/24/20 | 2000 |
| | 333GX | X | CH4M31H006598 | | |
| | | | | LABOR | 525.53 |
| 10400123 10501101 17902101 | | | | SEGMENT TOTAL==> | 545.80 |

```
                    ****** WORK ORDER TOTALS ******
                              INTERNAL      CUSTOMER
                  PARTS          20.27
                  LABOR         525.53
            ENVIRONMENTAL        28.81
            INTERNAL TOTAL      574.61
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000020

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |
| Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 |
| Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 |
| Shreveport, LA 71119 (318) 631-3090 | Lake Charles, LA 70615 (337) 430-3045 |

| | |
|---|---|
| **SHIP TO:** BASIC WARRANTY LACAZE LAND | **Branch** ALEXANDRIA LA   *REPRINT* |
| | **Date** 03/27/19   **Time** 20:16:56 (B)   **Page** 01 |
| | **Account No.** WTYJDBAS01   **Phone No.**   **Invoice No.** I66764 |
| **INVOICE TO:** DEERE WARRANTY FOR MACHINES UNDER BASIC BATON ROUGE LA 77777 | **Ship Via**   **Purchase Order** I66538 |
| | **Sales Tax License No.**   **F.S.T. ID** |
| | **Salesperson** 679 |

## DESCRIPTION

```
STK#/FLEET#                    HRS   PIN/EIN         WARRANTY DATE   HRS
LN326996      333G COMPACT TRACK  267   1T0333GMLJF326996  07/24/20    2000
              333GX               X    CH4M31H006598

SEGMENT# 1 C 2780  AT305595       02/21/19 02/21/19 02/28/19
MACHINE HAD ACTIVE CODE
COMPLAINT:
CUSTOMER REPORTED ACTIVE CODE ON UNIT
CAUSE:
UNIT HAD HYDRAULIC RESTRICTION CODE
DETERMINED THAT THE SWITCH WAS NOT OPERATING
KEY PART# AT305595
CORRECTION:
Removed cab hold down bolts. Opened cab up. Removed
terminal from filter restriction switch. Replaced switch.
Reinstalled terminal on switch. Lowered cab back down and
bolted down. Picked up tools. Job complete.
*********************************************************
DIAGNOSE/2780, X976471, DAVID HEARNE/1.00 HR - DIAGNOSE -
$0.00 ($150.00/HR + 0% ADDITIVE)
REPAIR/2780, X976471, DAVID HEARNE/1.84 HR - REPAIR -
$289.80 ($150.00/HR + 5% ADDITIVE)
2.84 HR - TOTAL LABOR - $289.80
*********************************************************
ADDITIONAL DESCRIPTION:
FAILURE DATE: 2/21/2019
REPAIR DATE: 2/28/2019
*********************************************************
CLAIM 114769377 SUBMITTED 3/27/2019 - TROY GOMEZ
AT305595                      PRESSURE SWITCH      1      97.87      97.87
                                                   PARTS            97.87
                                                   LABOR           289.80
      10501101                          SEGMENT TOTAL==>            387.67
                                        CONTINUED ON PAGE 02
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000021

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |
| | | |
| Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 | |
| Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 | |

**SHIP TO:**
BASIC WARRANTY
LACAZE LAND

**INVOICE TO:**
DEERE WARRANTY
FOR MACHINES UNDER BASIC
BATON ROUGE LA 77777

| Branch | | |
|---|---|---|
| ALEXANDRIA LA | | |
| Date 03/27/19 | Time 20:16:56 (B) | Page 02 |
| Account No. WTYJDBAS01 | Phone No. | Invoice No. I66764 |

| Ship Via | Purchase Order I66538 |
|---|---|
| Sales Tax License No. | F.S.T. ID |
| | Salesperson 679 |

## DESCRIPTION

| STK#/FLEET# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| LN326996 | 333G COMPACT TRACK | 267 | 1T0333GMLJF326996 | 07/24/20 | 2000 |
| | 333GX | X | CH4M31H006598 | | |

```
                              ****** WORK ORDER TOTALS ******
                                     INTERNAL      CUSTOMER
                         PARTS          97.87
                         LABOR         289.80
               INTERNAL TOTAL          387.67
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000022

# **DOGGETT**

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |
| | | |

Monroe, LA 71202 (318) 343-8787 — Shreveport, LA 71119 (318) 631-3090
Lufkin, TX 75904 (936) 634-8801 — Lake Charles, LA 70615 (337) 430-3045

| | | |
|---|---|---|
| SHIP TO: | BASIC WARRANTY<br>LACAZE LAND | **Branch**<br>ALEXANDRIA LA    *REPRINT* |
| | | **Date** 06/20/19   **Time** 20:16:34 (B)   **Page** 01 |
| | | **Account No.** WTYJDBAS01   **Phone No.**   **Invoice No.** I67287 |
| INVOICE TO: | DEERE WARRANTY<br>FOR MACHINES UNDER BASIC<br>BATON ROUGE LA 77777 | **Ship Via**   **Purchase Order** SHOP REPAIR |
| | | **Sales Tax License No.**   **F.S.T. ID** |
| | | **Salesperson** 153 |

## DESCRIPTION

```
STK#/FLEET#              HRS  PIN/EIN        WARRANTY DATE    HRS
LN326996   333G COMPACT TRACK  364  1T0333GMLJF326996  07/24/20  2000
           333GX              X CH4M31H006598

SEGMENT# 1 C 797   4TNV94FHT-NJ 06/08/19 06/08/19 06/10/19
DIAGNOSE FUEL ISSUE
COMPLAINT:
MACHINE HAS FUEL ISSUES
CAUSE:
DIAGNOSIS:4.00
6/8/19    797
```
Ran cylinder cutout test to confirm injectors were working
properly. Everything checked out good. Then monitored the
actual high pressure fuel compared to the desired high
pressure fuel and numbers were relatively close. Did a high
pressure fuel system check and when cranking the machine
service advisor says if the high pressure delivery is 2000
psi or less the pump is bad, the pressure reading was above
6000 psi. When the pump is working properly it will create
pressure UP TO 160 MPa and the machine was running at fast
idle high speed between 150-160 MPa. Machine would not
clear stored codes, service advisor said to check
availability of new software on controllers.
CONTROLLERS NEED NEW SOFTWARE UPDATES
FAILED PART # 4TNV94FHT-NJSL_DCU_140_504. Reprogrammed EMU
with software
EMU_AT444158V02_10. Reprogrammed Engine with software
4TNV94FHT-NJSL_120_105. Reprogrammed HCU with software
HCU_AT446642V02_06
CORRECTION:
REPROGRAMMED NEW SOFTWARE
All controllers then latched stored codes disappeared. Ran
machine for over an hour and it never once threw a code nor

CONTINUED ON PAGE 02

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | | |
|---|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| | | | |
|---|---|---|---|
| **SHIP TO:** | BASIC WARRANTY<br>LACAZE LAND | Branch<br>ALEXANDRIA LA | |
| | | Date<br>06/20/19 | Time<br>20:16:34 (B) | Page<br>02 |
| | | Account No.<br>WTYJDBAS01 | Phone No. | Invoice No.<br>I67287 |
| **INVOICE TO:** | DEERE WARRANTY<br>FOR MACHINES UNDER BASIC<br>BATON ROUGE LA 77777 | Ship Via | Purchase Order<br>SHOP REPAIR |
| | | Sales Tax License No. | F.S.T. ID |
| | | | Salesperson<br>153 |

## DESCRIPTION

```
STK#/FLEET#          HRS   PIN/EIN        WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK   364   1T0333GMLJF326996   07/24/20   2000
            333GX                 X CH4M31H006598
```

did the pressures get distinctly low on the high pressure
side. Desired and actual current on the fuel pump were
almost identical when monitoring those two items as well.
The machine had extremely low coolant level code that was
stored that could have caused the engine to derate to low
idle. Reprogrammed DCU with software. TASK COMPLETE.
*****************************************************
DIAGNOSTIC/TECH 797, Darrell Bass, X346634/4.00 HR -
DIAGNOSTIC - $0.00 ($130.00/HR + 0% ADDITIVE)
REPAIR/TECH 797, Darrell Bass, X346634/2.23 HR - REPAIR -
$304.40 ($130.00/HR + 5% ADDITIVE)
6.23 HR - TOTAL LABOR - $304.40
*****************************************************
ADDITIONAL DESCRIPTION:
FAILURE DATE: 6.8.19
REPAIR DATE: 6.10.19
*****************************************************
CLAIM 115300878 SUBMITTED 6/20/2019 - TROY GOMEZ

                                       LABOR       304.40
10400123 10501101             SEGMENT TOTAL==>     304.40
```

```
                          ****** WORK ORDER TOTALS ******
                               INTERNAL      CUSTOMER
                    LABOR        304.40
              INTERNAL TOTAL     304.40
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000024

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
**Phone: (225) 291-3750**
**Fax: (225) 238-1824**

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

| | |
|---|---|
| Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 |
| Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 |

| | |
|---|---|
| Shreveport, LA 71119 (318) 631-3090 | |
| Lake Charles, LA 70615 (337) 430-3045 | |

| | | | |
|---|---|---|---|
| **SHIP TO:** LACAZE LAND DEVELOPM | **Branch** ALEXANDRIA LA   *REPRINT* | | |
| | **Date** 08/09/19 | **Time** 20:16:02 (B) | **Page** 01 |
| | **Account No.** 98000 | **Phone No.** | **Invoice No.** I67386 |
| **INVOICE TO:** DOGGETT INT SALES BATON ROUGE BATON ROUGE LA 70816 | **Ship Via** | **Purchase Order** SHOP REPAIR | |
| | **Sales Tax License No.** | **F.S.T. ID** | |
| | | **Salesperson** 153 | |

## DESCRIPTION

```
STK#/FLEET#              HRS    PIN/EIN          WARRANTY DATE    HRS
LN326996     333G COMPACT TRACK   408  1T0333GMLJF326996  07/24/20   2000
             333GX                  X  CH4M31H006598
```

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.

SEGMENT# 1 C 2703  NA         06/24/19 06/24/19 06/30/19
HYDRAULICS (07/30-WARRANTY CLAIM RETURN IN MM)
COMPLAINT:
MACHINE HAS WEAK HYDRAULICS
CAUSE:
THE HYDRAULIC PUMP WENT PUT AND TRASHED ENTIRE SYSTEM.
CORRECTION:
DIAGNOSE:4.44 HRS
6/24/19 2703. COMPLAINT WAS THAT THE MACHINE HAD WEAK
HYDRAULICS SO AFTER RUNNING MACHINE AND CONFIRMING BY
CHECKING PRESSURES THE HYDRAULIC PUMP WENT OUT AND
CONTAMINATED THE WHOLE ENTIRE SYSTEM
REPAIR:32.54
SO  PULLED MACHINE
INTO THE SHOP, REMOVED PANELS
CLEANED UP ANT BED THAT WAS IN MACHINE.DRAINED HYDRAULIC
TANK, TOOK SAMPLE ( SAMPLE # 35094541 ). ORDERED NEW FILTER
(AT314164), ADAPTER FITTING (T357623), HYDRAULIC MOTOR
(AT444652), FILTER (TCA21296), HYDRAULIC PUMP (AT471797),
O-RING (U42702), HYDRAULIC PUMP (AT467797). REMOVED BACK
BUMPER TO ACCESS FAN GUARD. REMOVED FAN GUARD, REMOVED FAN
TO REMOVE FAN MOTOR. BLEW OUT COOLERS. REMOVED PLATE ON
SIDE OF ENGINE TO ACCESS SERPENTINE BELT AND CHARGE PUMP
EASIER. CLEANED UP AREA.
6/25/19 2703. REMOVED ALTERNATOR AND A/C COMPRESSOR FOR

CONTINUED ON PAGE 02

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000025

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 | |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |
| Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 | |

| SHIP TO: | LACAZE LAND DEVELOPM | Branch | ALEXANDRIA LA | | |
|---|---|---|---|---|---|
| | | Date 08/09/19 | Time 20:16:02 (B) | | Page 02 |
| | | Account No. 98000 | Phone No. | | Invoice No. I67386 |
| INVOICE TO: | DOGGETT INT SALES BATON ROUGE BATON ROUGE LA 70816 | Ship Via | | Purchase Order SHOP REPAIR | |
| | | Sales Tax License No. | | F.S.T. ID | |
| | | | | Salesperson 153 | |

## DESCRIPTION

```
STK#/FLEET#              HRS  PIN/EIN         WARRANTY DATE   HRS
LN326996     333G COMPACT TRACK   408  1T0333GMLJF326996   07/24/20   2000
             333GX                X CH4M31H006598
```

EASIER ACCESS TO CHARGE PUMP. REMOVED CHARGE PUMP AND FAN
MOTOR. SWAPPED FITTINGS FROM OLD PUMP AND MOTOR TO THE NEW
ONES. ATTEMPTING TO REMOVE LINE FROM BACK OF THE HYDRAULIC
TANK TO ACCESS ADAPTER FITTING  TO CHANGE OUT. REMOVED HOSE
AND ADAPTER FITTING ( T372882 ), REPLACED WITH NEW ONE.
INSTALLED NEW FAN MOTOR
( AT471797 ). CLEANED UP AREA. TAGGED PARTS FOR WARRANTY
AND PUT ON SHELVES IN WAREHOUSE. TAG # FOR CHARGE PUMP
(1652), ADAPTER FITTING
(1653), AND FAN MOTOR (1651).
6/26/19 2703. PUT NEW O-RINGS ON ADAPTER FITTING, INSTALLED
FITTING. INSTALLED CHARGE PUMP, ALTERNATOR AND A/C
COMPRESSOR. INSTALLED SERPENTINE BELT AND HOOKED ALL LINES
BACK UP. REMOVED AND INSTALLED ADAPTER FITTING IN FRONT OF
TANK (T357623). CHANGED HYDRAULIC FILTER OUT. TAGGED
ADAPTER FITTING FOR WARRANTY. (WARRANTY # 1654). CLEANED UP
AREA.
6/28/19 2703. REMOVED OLD HYDRAULIC PUMP SWAPPED FITTINGS
OVER TO NEW PUMP AND INSTALLED NEW PUMP. FILLED HYDRAULIC
TANK.TESTED PRESSURES ON MACHINE. CHARGE PRESSURE WAS 692
PSI @ MACHINE HYDRAULIC TEMP 127 DEGREES. SYSTEM PRESSURE
WAS 3564 PSI SO PUT MACHINE BACK TOGETHER AND REINSTALLED
HEAD AND CLEANED UP SHOP
7/5/19 2703. REMOVED COVER TO ACCESS AUX MANIFOLD. REMOVED
MANIFOLD FROM MACHINE. HAD TO SWAP FITTINGS FROM OLD
MANIFOLD TO THE NEW ONE. INSTALLED NEW MANIFOLD ON MACHINE.
TOOK MACHINE BEHIND WASH RACK TO MULCH WOOD, TO SEE IF
MULCHING HEAD WOULD BOG DOWN. HEAD DID NOT BOG DOWN DURING
MULCHING PROCESS. TAGGED OLD MANIFOLD FOR WARRANTY AND PUT
NEXT DOOR. MANIFOLD PART # AT405633, WARRANTY TAG # 1663.

CONTINUED ON PAGE 03

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000026

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

Covington, LA 70435 (985) 893-3005 — Monroe, LA 71202 (318) 343-8787 — Shreveport, LA 71119 (318) 631-3090
Longview, TX 75602 (903) 758-3326 — Lufkin, TX 75904 (936) 634-8801 — Lake Charles, LA 70615 (337) 430-3045

**SHIP TO:**
LACAZE LAND DEVELOPM

**INVOICE TO:**
DOGGETT INT SALES
BATON ROUGE
BATON ROUGE LA 70816

| Branch | ALEXANDRIA LA | |
|---|---|---|
| Date 08/09/19 | Time 20:16:02 (B) | Page 03 |
| Account No. 98000 | Phone No. | Invoice No. I67386 |
| Ship Via | Purchase Order SHOP REPAIR | |
| Sales Tax License No. | F.S.T. ID | |
| | Salesperson 153 | |

## DESCRIPTION

```
STK#/FLEET#             HRS  PIN/EIN      WARRANTY DATE   HRS
LN326996    333G COMPACT TRACK  408  1T0333GMLJF326996  07/24/20  2000
            333GX               X CH4M31H006598
ADDITIONAL DESCRIPTION:
A WARRANTY CLAIM HAS BEEN FILED WITH JOHN DEERE FOR THE
ITEMS COVERED BY THE REMAINING BASIC WARRANTY ON THIS
MACHINE. SHOULD ANY ISSUE ARISE WITH THE WARRANTY CLAIM,
THE CUSTOMER WILL BE NOTIFIED BY THE DEALERSHIP. CUSTOMER
IS RESPONSIBLE FOR PAYING THE REMAINING CHARGES ON THIS
WORK ORDER AS THEY ARE NOT COVERED UNDER THE VENDOR'S
WARRANTY.
-COOLANT (MAINTENANCE ITEM)
-OIL SAMPLE (MAINTENANCE ITEM TO VERIFY HYDRAULIC SYSTEM
CLEANLINESS)
-FREIGHT
AT346594              FLUID ANALYSIS      1     15.00      15.00
FRT                   SHIP & HANDLING     1     75.00      75.00
TY26575               COOL-GARD 1GAL      1     15.96      15.96
                                              PARTS       105.96
10400123      17910101              SEGMENT TOTAL==>      105.96
```

---

```
SEGMENT# 2 C 2703  NA         06/24/19 07/12/19 06/30/19
R&R MULCHING HEAD MOTOR
CORRECTION:
7.17.19
changed motor on mulching head
ADDITIONAL DESCRIPTION:
***** TECHNICIANS COMMENTS ********************************
*                                                        *
*BASIC WARRANTY ON THE MULCHING HEAD, PIN #              *
*1T0MH60CKH0000534, HAD EXPIRED ON AUGUST 1, 2018.  JOHN *
*DEERE AGREED TO COVER THE REPLACEMENT COST OF THE MOTOR *
*ALONE UNDER A GOODWILL SPECIAL ALLOWANCE.  THE CUSTOMER IS *
```

CONTINUED ON PAGE 04

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000027

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
**Doggett Machinery Services**
**PO BOX 15869**
**Baton Rouge, LA 70895**
**Phone: (225) 291-3750**
**Fax: (225) 238-1824**

| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
|---|---|---|---|---|
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| | | | |
|---|---|---|---|
| **SHIP TO:** LACAZE LAND DEVELOPM | Branch ALEXANDRIA LA | | |
| | Date 08/09/19 | Time 20:16:02 (B) | Page 04 |
| | Account No. 98000 | Phone No. | Invoice No. I67386 |
| **INVOICE TO:** DOGGETT INT SALES BATON ROUGE BATON ROUGE LA 70816 | Ship Via | Purchase Order SHOP REPAIR | |
| | Sales Tax License No. | F.S.T. ID | |
| | | Salesperson 153 | |

## DESCRIPTION

```
STK#/FLEET#              HRS   PIN/EIN          WARRANTY DATE   HRS
LN326996    333G COMPACT TRACK  408  1T0333GMLJF326996   07/24/20   2000
            333GX                X  CH4M31H006598
*RESPONSIBLE FOR THE R&R LABOR.                    *
*                                                  *
****************************************************
                                      LABOR      661.06
10400123        17910101              SEGMENT TOTAL==>   661.06
```

```
                              ****** WORK ORDER TOTALS ******
                                      INTERNAL      CUSTOMER
                              PARTS      105.96
                              LABOR      661.06
                     INTERNAL TOTAL      767.02
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000028

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| | | Monroe, LA 71202 (318) 343-8787 |
| | | Shreveport, LA 71119 (318) 631-3090 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |
| | | Lufkin, TX 75904 (936) 634-8801 |
| | | Lake Charles, LA 70615 (337) 430-3045 |

| | |
|---|---|
| **SHIP TO:** WARR-LACAZE LAND DEV REF I67386 | **Branch** ALEXANDRIA LA    *REPRINT* |
| | **Date** 07/31/19 | **Time** 21:18:32 (B) | **Page** 01 |
| | **Account No.** WTYJDBAS01 | **Phone No.** | **Invoice No.** I67638 |
| **INVOICE TO:** DEERE WARRANTY FOR MACHINES UNDER BASIC BATON ROUGE LA 77777 | **Ship Via** | **Purchase Order** I67386 |
| | **Sales Tax License No.** | **F.S.T. ID** |
| | | **Salesperson** 267 |

## DESCRIPTION

```
STK#/FLEET#               HRS   PIN/EIN          WARRANTY DATE   HRS
LN326996     333G COMPACT TRACK   408   1T0333GMLJF326996   07/24/20   2000
             333GX               X  CH4M31H006598

SEGMENT# 1 C 2703   AT471797      07/30/19 06/24/19 07/05/19
HYDRAULIC PUMP FAILURE
COMPLAINT:
MACHINE HAS WEAK HYDRAULICS
CAUSE:
THE HYDRAULIC PUMP WENT PUT AND TRASHED ENTIRE SYSTEM.
FAILED PART#: AT471797
CORRECTION:
DIAGNOSE:4.44 HRS
6/24/19 2703. COMPLAINT WAS THAT THE MACHINE HAD WEAK
HYDRAULICS SO AFTER RUNNING MACHINE AND CONFIRMING BY
CHECKING PRESSURES THE HYDRAULIC PUMP WENT OUT AND
CONTAMINATED THE WHOLE ENTIRE SYSTEM
REPAIR:32.54
SO PULLED MACHINE INTO THE SHOP, REMOVED PANELS CLEANED UP
ANT BED THAT WAS IN MACHINE.DRAINED HYDRAULIC
TANK, TOOK SAMPLE ( SAMPLE # 35094541 ). ORDERED NEW FILTER
(AT314164), ADAPTER FITTING (T357623), HYDRAULIC MOTOR
(AT444652), FILTER (TCA21296), HYDRAULIC PUMP (AT471797),
O-RING (U42702), HYDRAULIC PUMP (AT467797). REMOVED BACK
BUMPER TO ACCESS FAN GUARD. REMOVED FAN GUARD, REMOVED FAN
TO REMOVE FAN MOTOR. BLEW OUT COOLERS. REMOVED PLATE ON
SIDE OF ENGINE TO ACCESS SERPENTINE BELT AND CHARGE PUMP
EASIER. CLEANED UP AREA.
6/25/19 2703. REMOVED ALTERNATOR AND A/C COMPRESSOR FOR
EASIER ACCESS TO CHARGE PUMP. REMOVED CHARGE PUMP AND FAN
MOTOR. SWAPPED FITTINGS FROM OLD PUMP AND MOTOR TO THE NEW
ONES. ATTEMPTING TO REMOVE LINE FROM BACK OF THE HYDRAULIC
TANK TO ACCESS ADAPTER FITTING  TO CHANGE OUT. REMOVED HOSE
```

CONTINUED ON PAGE 02

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000029

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 | |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |
| Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 | |

| | | | |
|---|---|---|---|
| **SHIP TO:** WARR-LACAZE LAND DEV REF I67386 | **Branch** ALEXANDRIA LA | | |
| | **Date** 07/31/19 | **Time** 21:18:32 (B) | **Page** 02 |
| | **Account No.** WTYJDBAS01 | **Phone No.** | **Invoice No.** I67638 |
| **INVOICE TO:** DEERE WARRANTY FOR MACHINES UNDER BASIC BATON ROUGE LA 77777 | **Ship Via** | **Purchase Order** I67386 | |
| | **Sales Tax License No.** | **F.S.T. ID** | |
| | | **Salesperson** 267 | |

## DESCRIPTION

```
STK#/FLEET#               HRS  PIN/EIN         WARRANTY DATE   HRS
LN326996    333G COMPACT TRACK  408  1T0333GMLJF326996  07/24/20  2000
            333GX                   X CH4M31H006598
AND ADAPTER FITTING ( T372882 ), REPLACED WITH NEW ONE.
INSTALLED NEW FAN MOTOR
( AT471797 ). CLEANED UP AREA. TAGGED PARTS FOR WARRANTY
AND PUT ON SHELVES IN WAREHOUSE. TAG # FOR CHARGE PUMP
(1652), ADAPTER FITTING
(1653), AND FAN MOTOR (1651).
6/26/19 2703. PUT NEW O-RINGS ON ADAPTER FITTING, INSTALLED
FITTING. INSTALLED CHARGE PUMP, ALTERNATOR AND A/C
COMPRESSOR. INSTALLED SERPENTINE BELT AND HOOKED ALL LINES
BACK UP. REMOVED AND INSTALLED ADAPTER FITTING IN FRONT OF
TANK (T357623). CHANGED HYDRAULIC FILTER OUT. TAGGED
ADAPTER FITTING FOR WARRANTY. (WARRANTY # 1654). CLEANED UP
AREA.
6/28/19 2703. REMOVED OLD HYDRAULIC PUMP SWAPPED FITTINGS
OVER TO NEW PUMP AND INSTALLED NEW PUMP. FILLED HYDRAULIC
TANK.TESTED PRESSURES ON MACHINE. CHARGE PRESSURE WAS 692
PSI @ MACHINE HYDRAULIC TEMP 127 DEGREES. SYSTEM PRESSURE
WAS 3564 PSI SO PUT MACHINE BACK TOGETHER AND REINSTALLED
HEAD AND CLEANED UP SHOP
7/5/19 2703. REMOVED COVER TO ACCESS AUX MANIFOLD. REMOVED
MANIFOLD FROM MACHINE. HAD TO SWAP FITTINGS FROM OLD
MANIFOLD TO THE NEW ONE. INSTALLED NEW MANIFOLD ON MACHINE.
TOOK MACHINE BEHIND WASH RACK TO MULCH WOOD, TO SEE IF
MULCHING HEAD WOULD BOG DOWN. HEAD DID NOT BOG DOWN DURING
MULCHING PROCESS. TAGGED OLD MANIFOLD FOR WARRANTY AND PUT
NEXT DOOR. MANIFOLD PART # AT405633, WARRANTY TAG # 1663.
********************
DIAGNOSTICS/TECH 2703/JUSTIN MONK/X524873/4.44 HR - TECH
NOT CAPSTONED - $0.00 ($0.00/HR + 0% ADDITIVE)
REPAIR/TECH 2703/JUSTIN MONK/X524873/32.54 HR - HYDRAULIC
```

CONTINUED ON PAGE 03

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000030

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |

| Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| | | |
|---|---|---|
| **SHIP TO:** WARR-LACAZE LAND DEV REF I67386 | **Branch** ALEXANDRIA LA | |
| | **Date** 07/31/19 | **Time** 21:18:32 (B) | **Page** 03 |
| | **Account No.** WTYJDBAS01 | **Phone No.** | **Invoice No.** I67638 |
| **INVOICE TO:** DEERE WARRANTY FOR MACHINES UNDER BASIC BATON ROUGE LA 77777 | **Ship Via** | **Purchase Order** I67386 |
| | **Sales Tax License No.** | **F.S.T. ID** |
| | | **Salesperson** 267 |

## DESCRIPTION

```
STK#/FLEET#              HRS  PIN/EIN         WARRANTY DATE   HRS
LN326996    333G COMPACT TRACK   408  1T0333GMLJF326996  07/24/20   2000
            333GX                     X CH4M31H006598
SYSTEM REPAIRS - $4441.71 ($130.00/HR + 5% ADDITIVE)
36.98 HR - TOTAL LABOR - $4441.71
ENVIRONMENTAL FEES - $125.00
ADDITIONAL DESCRIPTION:
FAILURE DATE:  06/24/2019
REPAIR DATE:  07/05/2019
*
07/31/2019 - CLAIM 115545909 SUBMITTED.  -JASON BROD
AT314164                 FILTER ELE       1      46.76      46.76
AT405633                 Manifold         1 N   250.93     250.93
AT444652                 Hydraulic Motor  1     694.02     694.02
AT467797                 Hydraulic Pump   1     852.43     852.43
AT471797                 Hydraulic Pump   1 N  1239.74    1239.74
AT492919                 Pressure Relief  1 N   221.16     221.16
TCA21296                 Filter           1 N    29.52      29.52
TY27366                  HYDRAU 2.5GAL    6      47.65     285.90
TY27367                  HYDRAU 5GAL      2      93.43     186.86
T357623                  Adapter Fitting  1 N    91.00      91.00
T372882                  Adapter Fitting  1      51.89      51.89
T76938                   O-RING           1       1.52       1.52
T77857                   O-RING           2       1.07       2.14
U42702                   O-RING           1 N     2.14       2.14
51M7041                  O-RING           1       1.27       1.27
51M7045                  O-RING           1       1.76       1.76
51M7048                  O-RING           1 N     2.76       2.76
                                         PARTS    3961.80
                                         LABOR    4441.71
      10501101                 SEGMENT TOTAL==>    8403.51
```

****** WORK ORDER TOTALS ******
CONTINUED ON PAGE 04

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000031

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

**REMIT TO:**
**Doggett Machinery Services**
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301<br>(318) 442-0455 | St. Rose, LA 70087<br>(504) 466-5577 |
| Broussard, LA 70518<br>(337) 837-9481 | Tyler, TX 75708<br>(903) 592-8900 |

Covington, LA 70435
(985) 893-3005

Monroe, LA 71202
(318) 343-8787

Shreveport, LA 71119
(318) 631-3090

Longview, TX 75602
(903) 758-3326

Lufkin, TX 75904
(936) 634-8801

Lake Charles, LA 70615
(337) 430-3045

| | | | | |
|---|---|---|---|---|
| **SHIP TO:** | WARR-LACAZE LAND DEV<br>REF I67386 | **Branch**<br>ALEXANDRIA LA | | |
| | | **Date** 07/31/19 | **Time** 21:18:32 (B) | **Page** 04 |
| | | **Account No.** WTYJDBAS01 | **Phone No.** | **Invoice No.** I67638 |
| **INVOICE TO:** | DEERE WARRANTY<br>FOR MACHINES UNDER BASIC<br>BATON ROUGE LA 77777 | **Ship Via** | **Purchase Order** I67386 | |
| | | **Sales Tax License No.** | **F.S.T. ID** | |
| | | | **Salesperson** 267 | |

| **DESCRIPTION** |
|---|

```
STK#/FLEET#                      HRS   PIN/EIN            WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK   408   1T0333GMLJF326996   07/24/20      2000
            333GX                 X   CH4M31H006598

                                          INTERNAL      CUSTOMER
                                 PARTS      3961.80
                                 LABOR      4441.71
                          ENVIRONMENTAL      125.00
                         INTERNAL TOTAL     8528.51
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000032

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

Covington, LA 70435 (985) 893-3005 · Monroe, LA 71202 (318) 343-8787 · Shreveport, LA 71119 (318) 631-3090
Longview, TX 75602 (903) 758-3326 · Lufkin, TX 75904 (936) 634-8801 · Lake Charles, LA 70615 (337) 430-3045

| SHIP TO: | SAME AS BELOW | Branch | ALEXANDRIA LA      *REPRINT* | |
|---|---|---|---|---|
| | | Date      08/16/19 | Time      20:17:00  (B) | Page      01 |
| | | Account No.      REWORK23 | Phone No. | Invoice No.      I67778 |
| INVOICE TO: | REWORK 6321 MASONIC DR ALEXANDRIA LA 71301 | Ship Via | Purchase Order      SHOP REPAIR | |
| | | Sales Tax License No. | F.S.T. ID | |
| | | | Salesperson      153 | |

## DESCRIPTION

```
STK#/FLEET#                 HRS  PIN/EIN         WARRANTY DATE   HRS
LN326996    333G COMPACT TRACK  X 1T0333GMLJF326996  07/24/20   2000
            333GX                 CH4M31H006598


THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.


SEGMENT# 1 C 2703  XMISC       08/16/19 08/16/19 08/31/19
 CREDIT I67639
 TECH FOUND PART IN TRUCK 8.16.19
 AT393254              Solenoid Valve        1-     112.42      112.42-
          Solenoid Valve Coil

                                          PARTS       112.42-
          53003423              SEGMENT TOTAL==>      112.42-
```

```
                      ****** WORK ORDER TOTALS ******
                               INTERNAL      CUSTOMER
                       PARTS     112.42-
                 SUB TOTAL==>     112.42-
              4.45% LA STATE        5.00-
              INTERNAL TOTAL      117.42-
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000033

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

| | |
|---|---|
| Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| | | |
|---|---|---|
| **SHIP TO:** | BASIC WARRANTY<br>LACAZE LAND | **Branch**<br>ALEXANDRIA LA      *REPRINT* |
| | | **Date**      08/28/19 | **Time**   20:16:47 (B) | **Page**   01 |
| | | **Account No.**   WTYJDBAS01 | **Phone No.** | **Invoice No.**   I67858 |
| **INVOICE TO:** | DEERE WARRANTY<br>FOR MACHINES UNDER BASIC<br>BATON ROUGE LA 77777 | **Ship Via** | **Purchase Order**   I67670 |
| | | **Sales Tax License No.** | **F.S.T. ID** |
| | | | **Salesperson**   679 |

## DESCRIPTION

```
STK#/FLEET#              HRS   PIN/EIN          WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK    513   1T0333GMLJF326996   07/24/20   2000
            333GX                       CH4M31H006598


SEGMENT# 1 C 9215   MIU802636    08/12/19 08/12/19 08/12/19
MACHINE HAD ACTIVE CODE
COMPLAINT:
MACHINE HAS ACTIVE CODE
CAUSE:
DIAGNOSIS:1.00
MACHINE WAS THROWING CODES: 157.08 INFO ECM FUEL RAIL
PRESSURE-CHECK FUEL SUPPLY.
AFTER INSPECTING MACHINE DETERMINED THAT THE FUEL RAIL
PRESSURE SENSOR WAS BAD.
KEY PART#  MIU802636
CORRECTION:
REPAIR:1.00
CHANGED FUEL RAIL PRESSURE SENSOR. RAN MACHINE TO TEST
OPERATION
**************************************************************
DIAGNOSE/9215, ZACHARY HEFLIN/1.00 HR - DIAGNOSE - $0.00
($130.00/HR + 0% ADDITIVE)
REPAIR/9215, ZACHARY HEFLIN/1.00 HR - REPAIR - $136.50
($130.00/HR + 5% ADDITIVE)
2.00 HR - TOTAL LABOR - $136.50
ADDITIONAL DESCRIPTION:
FAILURE DATE:  8/12/2019
REPAIR DATE:  8/12/2019
**************************************************************
CLAIM 115705078 SUBMITTED 8/28/2019 - TROY GOMEZ
MIU802636               Sensor         1      198.22      198.22
T77932                  O-RING         2        1.21        2.42
                                           PARTS      200.64
                          CONTINUED ON PAGE 02
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000034

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| Alexandria, LA 71301 | St. Rose, LA 70087 | Covington, LA 70435 | Monroe, LA 71202 | Shreveport, LA 71119 |
|---|---|---|---|---|
| (318) 442-0455 | (504) 466-5577 | (985) 893-3005 | (318) 343-8787 | (318) 631-3090 |
| Broussard, LA 70518 | Tyler, TX 75708 | Longview, TX 75602 | Lufkin, TX 75904 | Lake Charles, LA 70615 |
| (337) 837-9481 | (903) 592-8900 | (903) 758-3326 | (936) 634-8801 | (337) 430-3045 |

| | | |
|---|---|---|
| **SHIP TO:** | BASIC WARRANTY<br>LACAZE LAND | **Branch** ALEXANDRIA LA |

| | | | |
|---|---|---|---|
| **Date** 08/28/19 | **Time** 20:16:47 (B) | | **Page** 02 |

| **Account No.** WTYJDBAS01 | **Phone No.** | **Invoice No.** I67858 |
|---|---|---|

| | | |
|---|---|---|
| **INVOICE TO:** | DEERE WARRANTY<br>FOR MACHINES UNDER BASIC<br>BATON ROUGE LA 77777 | **Ship Via** | **Purchase Order** I67670 |

| **Sales Tax License No.** | **F.S.T. ID** |
|---|---|

| | **Salesperson** 679 |
|---|---|

## DESCRIPTION

```
STK#/FLEET#              HRS    PIN/EIN        WARRANTY DATE    HRS
LN326996     333G COMPACT TRACK   513   1T0333GMLJF326996    07/24/20   2000
             333GX                      CH4M31H006598
                                                   LABOR          136.50
             10501101                      SEGMENT TOTAL==>      337.14
```

```
                              ****** WORK ORDER TOTALS ******
                                    INTERNAL      CUSTOMER
                          PARTS      200.64
                          LABOR      136.50
                 INTERNAL TOTAL      337.14
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000035

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |
| Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 | |
| Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 | |

| | | |
|---|---|---|
| **SHIP TO:** | BASIC WARRANTY<br>LACAZE LAND | **Branch**  ALEXANDRIA LA    *REPRINT* |
| | | **Date**  09/30/19 **Time**  20:16:54 (B) **Page**  01 |
| | | **Account No.**  WTYJDBAS01 **Phone No.** **Invoice No.**  I68079 |
| **INVOICE TO:** | DEERE WARRANTY<br>FOR MACHINES UNDER BASIC<br>BATON ROUGE LA 77777 | **Ship Via** **Purchase Order**  I67972 |
| | | **Sales Tax License No.** **F.S.T. ID** |
| | | **Salesperson**  679 |

| **DESCRIPTION** |
|---|

```
STK#/FLEET#              HRS  PIN/EIN          WARRANTY DATE   HRS
LN326996    333G COMPACT TRACK  594  1T0333GMLJF326996  07/24/20   2000
            333GX                X   CH4M31H006598

SEGMENT# 1 C 3471   MIA884941   09/13/19 09/25/19 09/16/19
MACHINE OVERHEATING
COMPLAINT:
MACHINE OVERHEATING
CAUSE:
Machine is overheating. Determined the water pump is bad.
KEY PART#  MIA884941
CORRECTION:
Removed all guards to access pump. Drained coolant from
system and then removed all hardware, hoses and clamps
needed to remove pump. New parts included pump, gasket for
pump, thermostat and thermostat gasket. Assembled new pump
with needed fittings and fit back on engine.  Replaced all
hoses, hardware and clamp as they were in reverse order.
Ran machine to ensure no leaks nor overheating issues.
Replaced guards and parked machine to be picked up.
***************************************************************
DIAGNOSE/TECH 3471, CLIFTON FUQUA, XLI8680/2.82 HR -
DIAGNOSE - $0.00 ($130.00/HR + 0% ADDITIVE)
REPAIR/TECH 3471, CLIFTON FUQUA, XLI8680/6.95 HR - REPAIR
$948.68 ($130.00/HR + 5% ADDITIVE)
9.77 HR - TOTAL LABOR - $948.68
ENVIRONMENTAL FEES - $46.03
***************************************************************
ADDITIONAL DESCRIPTION:
FAILURE DATE:  9/13/2019
REPAIR DATE:  9/16/2019
***************************************************************
CLAIM 115852669 SUBMITTED 9/25/2019 - TROY GOMEZ
```

CONTINUED ON PAGE 02

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000036

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |
| | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| SHIP TO: | BASIC WARRANTY<br>LACAZE LAND | Branch | ALEXANDRIA LA | | |
|---|---|---|---|---|---|
| | | Date       09/30/19 | Time    20:16:54 (B) | | Page    02 |
| | | Account No.      WTYJDBAS01 | Phone No. | | Invoice No.    I68079 |
| INVOICE TO: | DEERE WARRANTY<br>FOR MACHINES UNDER BASIC<br>BATON ROUGE LA 77777 | Ship Via | | Purchase Order    I67972 | |
| | | Sales Tax License No. | | F.S.T. ID | |
| | | | | Salesperson    679 | |

| DESCRIPTION |
|---|

```
STK#/FLEET#                        HRS  PIN/EIN          WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK     594  1T0333GMLJF326996   07/24/20     2000
            333GX                     X CH4M31H006598

    MIA884941              WATER PUMP        1 N  1193.98      1193.98
    MIU802247              Gasket            1       1.37         1.37
    MIU802251              Thermostat        1      39.19        39.19
    MIU802252              Gasket            1 N     4.06         4.06
    MIU802371              Gasket            1 N     4.38         4.38
    TY26575                COOL-GARD 1GAL    4      11.95        47.80
                                                  PARTS      1290.78
                                                  LABOR       948.68
        10501101                   SEGMENT TOTAL==>          2239.46
```

---

```
SEGMENT# 2 C 3471  AT319160    09/10/19 09/25/19 09/11/19
FAN NOT COMING UP TO SPEED
COMPLAINT:
FAN NOT COMING UP TO SPEED
CAUSE:
DIAGNOSIS: 12.00
9.10.19 3471 DISASSEMBLED COVERS AND GUARDS TO INSPECT
MACHINE.  CLEANED COOLING PACKAGE AND CLEANED AROUND ENGINE
COMPARTMENT. REINSTALLED ALL COVERS AND GUARDS REINSTALLED
MULCHING HEAD. RAN MACHINE AND TEMP GOT TO 208, FAN SPEED
WAS AT 1936 RPMS.
REMOVED GUARDS AGAIN AND UNPLUGGED FAN SPEED SOLENOID AND
THE FAN SPEED WAS AT 2370 RPM. SOLENOID AND COIL ARE BAD.
FAILED PART # AT319160
CORRECTION:
REPAIR:8.00
INSTALLED NEW PRESSURE RELIEF VALVE AND NEW COIL (PRESSURE
RELIEF BEING BAD DAMAGED THE COIL )FAN SPEED CAME UP 2470
RPM TOOK MACHINE OUTSIDE AND RAN TO TEST. MACHINE IS
OPERATING PROPERLY.
```

CONTINUED ON PAGE 03

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000037

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

Covington, LA 70435 (985) 893-3005
Longview, TX 75602 (903) 758-3326
Monroe, LA 71202 (318) 343-8787
Lufkin, TX 75904 (936) 634-8801
Shreveport, LA 71119 (318) 631-3090
Lake Charles, LA 70615 (337) 430-3045

| | | | |
|---|---|---|---|
| **SHIP TO:** | BASIC WARRANTY<br>LACAZE LAND | **Branch** ALEXANDRIA LA | |
| | | **Date** 09/30/19 | **Time** 20:16:54 (B) | **Page** 03 |
| | | **Account No.** WTYJDBAS01 | **Phone No.** | **Invoice No.** I68079 |
| **INVOICE TO:** | DEERE WARRANTY<br>FOR MACHINES UNDER BASIC<br>BATON ROUGE LA 77777 | **Ship Via** | **Purchase Order** I67972 |
| | | **Sales Tax License No.** | **F.S.T. ID** |
| | | | **Salesperson** 679 |

### DESCRIPTION

```
STK#/FLEET#              HRS  PIN/EIN        WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK  594  1T0333GMLJF326996  07/24/20  2000
            333GX                 X CH4M31H006598
************************************************************
DIAGNOSE/TECH 3471, CLIFTON FUQUA, XLI8680/12.88 HR -
DIAGNOSE - $1674.40 ($130.00/HR + 0% ADDITIVE)
REPAIR/TECH 3471, CLIFTON FUQUA, XLI8680/8.00 HR - REPAIR
$1092.00 ($130.00/HR + 5% ADDITIVE)
20.88 HR - TOTAL LABOR - $2766.40
ENVIRONMENTAL FEES - $96.82
************************************************************
ADDITIONAL DESCRIPTION:
FAILURE DATE:  9/10/2019
REPAIR DATE:  9/11/2019
************************************************************
CLAIM 115852741 SUBMITTED 9/25/2019 - TROY GOMEZ
AT319160              PRESSURE RELIEF     1    209.26    209.26
         Pressure Relief Valve
AT333862              SOLENOID COIL       1     62.35     62.35
         Solenoid Valve Coil

                              PARTS      271.61
                              LABOR     1100.13
     10501101         SEGMENT TOTAL==>   1371.74
```

```
                         ****** WORK ORDER TOTALS ******
                              INTERNAL      CUSTOMER
                 PARTS        1562.39
                 LABOR        2048.81
           ENVIRONMENTAL       142.85
           INTERNAL TOTAL     3754.05
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

Alexandria, LA 71301 (318) 442-0455
St. Rose, LA 70087 (504) 466-5577
Covington, LA 70435 (985) 893-3005
Monroe, LA 71202 (318) 343-8787
Shreveport, LA 71119 (318) 631-3090
Broussard, LA 70518 (337) 837-9481
Tyler, LA 75708 (903) 592-8900
Longview, TX 75602 (903) 758-3326
Lufkin, TX 75904 (936) 634-8801
Lake Charles, LA 70615 (337) 430-3045

| SHIP TO: | LACAZE LAND DEVELOPM | Branch | ALEXANDRIA LA   *REPRINT* | | |
|---|---|---|---|---|---|
| | | Date 10/16/19 | Time 20:16:50 (B) | | Page 01 |
| | | Account No. 98000 | Phone No. | | Invoice No. I68186 |
| INVOICE TO: | DOGGETT INT SALES BATON ROUGE BATON ROUGE LA 70816 | Ship Via | | Purchase Order FIELD REPAIR | |
| | | Sales Tax License No. | | F.S.T. ID | |
| | | | | Salesperson 574 | |

## DESCRIPTION

```
STK#/FLEET#              HRS  PIN/EIN          WARRANTY DATE   HRS
LN326996    333G COMPACT TRACK  647  1T0333GMLJF326996  07/24/20   2000
            333GX             X CH4M31H006598
```

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.

```
SEGMENT# 1 C 2643  XMISC       10/07/19 10/07/19 10/11/19
SERVICE CALL                                           4.00 HRS
SERVICE CALL TO  31.1474, -93.3750
2 SERVICE CALL
                                          LABOR      450.00
10400123        17910101              SEGMENT TOTAL==>  450.00
```

```
                        ****** WORK ORDER TOTALS ******
                              INTERNAL      CUSTOMER
                        LABOR     450.00
                     TRUCK#6662   700.00
                     SUB TOTAL==> 1150.00
                 4.45% LA STATE    20.03
                 INTERNAL TOTAL  1170.03
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000039

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

Covington, LA 70435 (985) 893-3005
Longview, TX 75602 (903) 758-3326

Monroe, LA 71202 (318) 343-8787
Lufkin, TX 75904 (936) 634-8801

Shreveport, LA 71119 (318) 631-3090
Lake Charles, LA 70615 (337) 430-3045

| | | |
|---|---|---|
| **SHIP TO:** | BASIC WARRANTY<br>LACAZE LAND | **Branch**<br>ALEXANDRIA LA    *REPRINT* |
| | | **Date** 10/16/19   **Time** 20:16:53 (B)   **Page** 01 |
| | | **Account No.** WTYJDBAS01   **Phone No.**   **Invoice No.** I68253 |
| **INVOICE TO:** | DEERE WARRANTY<br>FOR MACHINES UNDER BASIC<br>BATON ROUGE LA 77777 | **Ship Via**   **Purchase Order** I68186 |
| | | **Sales Tax License No.**   **F.S.T. ID** |
| | | **Salesperson** 679 |

## DESCRIPTION

```
STK#/FLEET#               HRS  PIN/EIN          WARRANTY DATE   HRS
LN326996     333G COMPACT TRACK  647  1T0333GMLJF326996  07/24/20  2000
             333GX                X  CH4M31H006598

SEGMENT# 1 C 2643  AT406474     10/07/19 10/16/19 10/07/19
OVERHEATING/LOSING PRESSURE
COMPLAINT:
Machine is overheating and losing pressure
CAUSE:
DIAGNOSIS:.50
Inspected machine and found that there was a blown seal on
the manifold.
Failed part #: AT406474
CORRECTION:
REPAIR:.58
Installed new quick coupler. Checked quick coupler. Checked
pressures and recovery. Machine is operating properly.
Task complete.
*****************************************************
DIAGNOSE/TECH 2647, KEITH GENTRY, X807488/0.50 HR -
DIAGNOSE - $.00 ($150.00/HR + 0% ADDITIVE)
REPAIR/TECH 2647, KEITH GENTRY, X807488/0.58 HR - REPAIR -
$91.35 ($150.00/HR + 5% ADDITIVE)
1.08 HR - TOTAL LABOR - $91.35
ENVIRONMENTAL FEES - $5.82
ADDITIONAL DESCRIPTION:
FAILURE DATE:  10/7/2019
REPAIR DATE:  10/7/2019
*****************************************************
CLAIM 115965359 SUBMITTED 10/16/2019 - TROY GOMEZ
AT406474             Hyd. Quick-Conn       1      68.42      68.42
          Hyd. Quick-Connect Coupler

                                          PARTS      68.42
                             CONTINUED ON PAGE 02
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000040

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | | |
|---|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| SHIP TO: | BASIC WARRANTY LACAZE LAND | Branch ALEXANDRIA LA | | |
|---|---|---|---|---|
| | | Date 10/16/19 | Time 20:16:53 (B) | Page 02 |
| | | Account No. WTYJDBAS01 | Phone No. | Invoice No. I68253 |
| INVOICE TO: | DEERE WARRANTY FOR MACHINES UNDER BASIC BATON ROUGE LA 77777 | Ship Via | Purchase Order I68186 | |
| | | Sales Tax License No. | F.S.T. ID | |
| | | | Salesperson 679 | |

## DESCRIPTION

```
STK#/FLEET#                     HRS  PIN/EIN        WARRANTY DATE   HRS
LN326996    333G COMPACT TRACK  647  1T0333GMLJF326996  07/24/20   2000
            333GX                  X CH4M31H006598
                                                    LABOR      91.35
            10501101                        SEGMENT TOTAL==>    159.77
```

```
                          ****** WORK ORDER TOTALS ******
                                 INTERNAL      CUSTOMER
                  PARTS            68.42
                  LABOR            91.35
            ENVIRONMENTAL           5.82
            INTERNAL TOTAL        165.59
```

**Received By**_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000041

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 | |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |
| Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 | |

| | | | | |
|---|---|---|---|---|
| **SHIP TO:** LACAZE LAND DEVELOPMENT | Branch | ALEXANDRIA LA    *REPRINT* | | |
| | Date     11/13/19 | Time   20:16:27  (B) | | Page    01 |
| | Account No.    REWORK23 | Phone No. | | Invoice No.    I68322 |
| **INVOICE TO:** REWORK 6321 MASONIC DR ALEXANDRIA LA 71301 | Ship Via | Purchase Order   SHOP REPAIR | | |
| | Sales Tax License No. | F.S.T. ID | | |
| | | Salesperson | | 574 |

## DESCRIPTION

```
STK#/FLEET#            HRS  PIN/EIN       WARRANTY DATE   HRS
LN326996   333G COMPACT TRACK  699  1T0333GMLJF326996  07/24/20   2000
         333GX              X  CH4M31H006598
```

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.

```
SEGMENT# 1 C 2799  NA        10/28/19 10/28/19 10/31/19
DIAGNOSE AND REPAIR DEF CODES
COMPLAINT:
DEF CODES DCU 3516.00
CAUSE:
DEF TANK WAS MALFUNCTIONING
CORRECTION:
REPLACED DEF TANK
ADDITIONAL DESCRIPTION:
***** TECHNICIANS COMMENTS **********************************
*                                                           *
*DIAGNOSE:2.00                                              *
*MACHINE WAS THROWING A CODE 3516.00 FOR DEF TANK           *
*MALFUNCTIONING.                                            *
*REPAIR:5.21                                                *
* Ordered new DEF Tank Header                               *
*Assembly(AT483434). Drained DEF tank. Removed old DEF      *
*header tank assembly. Wiped out the DEF tank. Replaced the *
*old header assembly with the new one. Added DEF to the     *
*tank. Started the engine, the code was still active. I     *
*reprogrammed the DCU and cleared the code. Ran the machine *
*for approximately fifteen minutes and the hydraulic filter *
*restriction indicator lite up but the dosing code (DCU     *
*3516.00) has not returned.                                 *
***************                                             *
                            CONTINUED ON PAGE 02
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance.
Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000042

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

| | |
|---|---|
| Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| SHIP TO: | LACAZE LAND DEVELOPMENT | Branch | ALEXANDRIA LA | | |
|---|---|---|---|---|---|
| | | Date 11/13/19 | Time 20:16:27 (B) | | Page 02 |
| | | Account No. REWORK23 | Phone No. | | Invoice No. I68322 |
| INVOICE TO: | REWORK 6321 MASONIC DR ALEXANDRIA LA 71301 | Ship Via | | Purchase Order SHOP REPAIR | |
| | | Sales Tax License No. | | F.S.T. ID | |
| | | | | Salesperson 574 | |

## DESCRIPTION

```
STK#/FLEET#              HRS  PIN/EIN         WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK  699  1T0333GMLJF326996  07/24/20   2000
            333GX               X  CH4M31H006598
 *FAILURE DATE:10.28.19                          *
 *REPAIR DATE:10.28.19                           *
 *FAILED PART # AT483434                         *
 ***********************************************  *
 *A WARRANTY CLAIM HAS BEEN FILED WITH JOHN DEERE FOR THE  *
 *ITEMS COVERED BY THE REMAINING BASIC WARRANTY ON THIS    *
 *MACHINE. SHOULD ANY ISSUE ARISE WITH THE WARRANTY CLAIM, *
 *THE CUSTOMER WILL BE NOTIFIED BY THE DEALERSHIP. CUSTOMER *
 *IS RESPONSIBLE FOR PAYING THE REMAINING CHARGES ON THIS  *
 *WORK ORDER AS THEY ARE NOT COVERED UNDER THE VENDOR'S    *
 *WARRANTY.                                        *
 *>CONSUMABLES-DEF FLUID                           *
 *                                                 *
 ***********************************************  *
 SWDEF025              DEF Fluid          1      9.24      9.24
           Diesel Exhaust Fluid (DEF)
                                          PARTS        9.24
 10400123      53003423              SEGMENT TOTAL==>    9.24
```

SEGMENT# 2 C 2799  XMISC         10/28/19 10/28/19 10/31/19
HYD FILTER AND OIL
10/28/19 2799. Ordered a hydraulic oil filter(AT314164) and
a bucket of Hydrau (TY27367). I removed the old restricted
hydraulic filter and replaced with the new one. Added
Hydrau to the machine to reach the operating range in the
sight glass. Then I took the machine out on the yard and
ran for approximately twenty minutes. The fuel level was
low before I started working on the machine. No fuel was
added to the machine after running.

```
AT314164              FILTER ELE        1     52.48     52.48
```

CONTINUED ON PAGE 03

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000043

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |

Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090
Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045

**SHIP TO:** LACAZE LAND DEVELOPMENT

| Branch | ALEXANDRIA LA | |
|---|---|---|
| Date | 11/13/19 | Time 20:16:27 (B) | Page 03 |
| Account No. REWORK23 | Phone No. | Invoice No. I68322 |

**INVOICE TO:**
REWORK
6321 MASONIC DR
ALEXANDRIA LA 71301

| Ship Via | Purchase Order SHOP REPAIR |
|---|---|
| Sales Tax License No. | F.S.T. ID |
| | Salesperson 574 |

## DESCRIPTION

| STK#/FLEET# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| LN326996 | 333G COMPACT TRACK | 699 | 1T0333GMLJF326996 | 07/24/20 | 2000 |
| | 333GX | | X CH4M31H006598 | | |
| TY27367 | | HYDRAU 5GAL | 1 | 85.65 | 85.65 |
| | | | PARTS | | 138.13 |
| 10400123 | 53003423 | | SEGMENT TOTAL==> | | 138.13 |

```
                              ****** WORK ORDER TOTALS ******
                                   INTERNAL        CUSTOMER
                      PARTS          147.37
               SUB TOTAL==>          147.37
            4.45% LA STATE             6.56
            INTERNAL TOTAL           153.93
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000044

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
**Phone: (225) 291-3750**
**Fax: (225) 238-1824**

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |
| Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 |
| Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 |
| Shreveport, LA 71119 (318) 631-3090 | Lake Charles, LA 70615 (337) 430-3045 |

**SHIP TO:**
BASIC WARRANTY
LACAZE LAND

**INVOICE TO:**
DEERE WARRANTY
FOR MACHINES UNDER BASIC
BATON ROUGE LA 77777

| Branch | ALEXANDRIA LA   *REPRINT* | | |
|---|---|---|---|
| Date 11/06/19 | Time 20:16:45 (B) | | Page 01 |
| Account No. WTYJDBAS01 | Phone No. | | Invoice No. I68395 |
| Ship Via | | Purchase Order I68322 | |
| Sales Tax License No. | | F.S.T. ID | |
| | | Salesperson 679 | |

## DESCRIPTION

```
STK#/FLEET#              HRS  PIN/EIN          WARRANTY DATE   HRS
LN326996    333G COMPACT TRACK  699  1T0333GMLJF326996  07/24/20  2000
            333GX              X CH4M31H006598


SEGMENT# 1 C 2799  AT483434    10/28/19 10/28/19 10/28/19
MACHINE HAD ACTIVE CODE
COMPLAINT:
MACHINE HAD ACTIVE ACTIVE FOR DEF CONCENTRATION
CAUSE:
RELEVANT FAULT CODE: 3516.00 DEF CONCENTRATION VERY HIGH
Ordered new DEF tank header
KEY PART# AT483434
CORRECTION:
Drained DEF tank. Removed old DEF header tank assembly.
Wiped out the DEF tank. Replaced the old header assembly
with the new one. Added DEF to the tank. Started the
engine, the code was still active. Reprogrammed the DCU and
cleared the code. Ran machine to verify repair. DEF code
did not return. Unit ready.
**************************************************
DIAGNOSE/TECH 2799, Jesse Murray, X422125/2.00 HR -
DIAGNOSE - $260.00 ($130.00/HR + 0% ADDITIVE)
REPAIR/TECH 2799, Jesse Murray, X422125/5.21 HR - REPAIR -
$711.17 ($130.00/HR + 5% ADDITIVE)
7.21 HR - TOTAL LABOR - $711.17
ENVIRONMENTAL FEES - $33.99
ADDITIONAL DESCRIPTION:
FAILURE DATE:  10/28/2019
REPAIR DATE: 10/28/2019
**************************************************
CLAIM 116079956 SUBMITTED 11/6/2019 - TROY GOMEZ
AT483434                DEF Tank Header        1    530.96    530.96
            DEF Tank Header Assembly
                                CONTINUED ON PAGE 02
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000045

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

Covington, LA 70435 (985) 893-3005
Longview, TX 75602 (903) 758-3326

Monroe, LA 71202 (318) 343-8787
Lufkin, TX 75904 (936) 634-8801

Shreveport, LA 71119 (318) 631-3090
Lake Charles, LA 70615 (337) 430-3045

**SHIP TO:**
BASIC WARRANTY
LACAZE LAND

| Branch | ALEXANDRIA LA | | |
|---|---|---|---|
| Date | 11/06/19 | Time 20:16:45 (B) | Page 02 |
| Account No. WTYJDBAS01 | | Phone No. | Invoice No. I68395 |

**INVOICE TO:**
DEERE WARRANTY
FOR MACHINES UNDER BASIC
BATON ROUGE LA 77777

| Ship Via | Purchase Order I68322 |
|---|---|
| Sales Tax License No. | F.S.T. ID |
| | Salesperson 679 |

## DESCRIPTION

```
STK#/FLEET#                    HRS   PIN/EIN        WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK 699   1T0333GMLJF326996  07/24/20    2000
            333GX                  X CH4M31H006598
                                          PARTS         530.96
                                          LABOR         711.17
            10501101            SEGMENT TOTAL==>        1242.13
```

```
                          ****** WORK ORDER TOTALS ******
                                  INTERNAL      CUSTOMER
                          PARTS       530.96
                          LABOR       711.17
                   ENVIRONMENTAL       33.99
                  INTERNAL TOTAL     1276.12
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000046

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |

| Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
|---|---|
| Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| | | |
|---|---|---|
| **SHIP TO:** | INSURANCE CLAIM | **Branch** ALEXANDRIA LA   *REPRINT* |
| | | **Date** 12/30/19   **Time** 20:17:15 (B)   **Page** 01 |
| | | **Account No.** 0000452389   **Phone No.** 3184523899   **Invoice No.** I68655 |
| **INVOICE TO:** | LACAZE LAND DEVELOPMENT LLC 106 SANDY LANE ALEXANDRIA LA 71303 | **Ship Via**   **Purchase Order** SHOP REPAIR |
| | | **Sales Tax License No.**   **F.S.T. ID** |
| | | **Salesperson** 153 |

## DESCRIPTION

```
STK#/FLEET#                     HRS  PIN/EIN        WARRANTY DATE    HRS
LN326996   333G COMPACT TRACK   724  1T0333GMLJF326996  07/24/20   2000
           333GX                 X  CH4M31H006598
```

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.

```
SEGMENT# 1 C 797  XMISC       12/17/19 11/19/19 12/27/19
  INSURANCE CLAIM/ I68497
  FOR DEDUCTIBLE REF I68693
  ***** TECHNICIANS COMMENTS *********************************
  *                                                          *
  *11/27/19    797                                           *
  *Pulled machine into the shop after removing the mulching  *
  *head from the machine. Removed the footwell out of the    *
  *machine to access more to the reservoir for the hydraulic *
  *oil. Drained the hydraulic tank, and removed tank from the*
  *machine. Removed back bumper from the machine and hood.   *
  *Removed the air cleaner assembly from the machine.        *
  *Disconnected all the lines to the hydraulic and hydrostatic*
  *pumps.                                                    *
  *12/2/19    797                                            *
  *Removed the cooling package from the machine, disconnected*
  *lines and brackets to remove engine. Removed DEF dosing   *
  *unit.                                                     *
  *12/3/19    797                                            *
  *Finished disconnect everything from the engine to remove  *
  *the engine from the machine. Removed engine from the      *
  *machine and found where the machine had caught fire and   *
  *damaged the fuel tank. Removed fuel tank from the machine *
  *after disconnecting hoses from it. Started cleaning the   *
  *machine preparing to go back together with everything.    *
```

CONTINUED ON PAGE 02

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000047

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | | |
|---|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| SHIP TO: | INSURANCE CLAIM | Branch | ALEXANDRIA LA | | |
|---|---|---|---|---|---|
| | | Date  12/30/19 | Time  20:17:15  (B) | | Page  02 |
| | | Account No.  0000452389 | Phone No.  3184523899 | | Invoice No.  I68655 |
| INVOICE TO: | LACAZE LAND DEVELOPMENT LLC 106 SANDY LANE ALEXANDRIA LA 71303 | Ship Via | | Purchase Order  SHOP REPAIR | |
| | | Sales Tax License No. | | F.S.T. ID | |
| | | | | Salesperson  153 | |

| DESCRIPTION |
|---|

```
STK#/FLEET#                    HRS  PIN/EIN          WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK  724  1T0333GMLJF326996  07/24/20    2000
            333GX                    X CH4M31H006598
*13/4/19     797                                              *
*Replaced the fuel tank (AT438591), installed heat shield    *
*(T410301) on the new tank. Fastened down the new fuel tank  *
*and connected hoses. Installed new dryer for the A/C system *
*(AL220728). Installed the engine, tightened down the bolts  *
*to hold the engine down. Connected hose at the bottom of    *
*the engine.                                                  *
*12/5/19     797                                              *
*Installed new belt (T357796) on the engine. Installed the   *
*aftertreatment assembly and connected all components to it. *
*Installed the cooling package frame work and connected      *
*hoses to it. Finished connecting all lines tied into the    *
*engine.                                                      *
*12/6/19     797                                              *
*Installed all the coolers on the machine, connected hoses   *
*to the fan motor. Installed air breather and surge tank.    *
*Tightened up all clamps on hoses. Cut broke bolts off the   *
*bumper and welded two new nuts into the frame.  Connected   *
*all hoses up to the pumps and installed the grille on the   *
*back of the machine. Fixed two broke wires going to the     *
*high flow solenoid.                                          *
*12/9/19     797                                              *
*Put hydraulic tank back into the machine and hooked up all  *
*the hoses going to the tank. Filled machine with hydraulic  *
*oil and coolant. Pulled a vacuum on the A/C system and      *
*charged the system to 1.8 lbs. Filled machine with 5        *
*gallons of diesel. Installed the bumper on the machine.     *
*Then had to remove the bumper and grille and start removing *
*components from the machine to fix a PRE-EXISTING coolant    *
*leak.                                                        *
```

CONTINUED  ON  PAGE  03

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000048

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |
| Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 |
| Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 |
| Shreveport, LA 71119 (318) 631-3090 | Lake Charles, LA 70615 (337) 430-3045 |

| | | | |
|---|---|---|---|
| **SHIP TO:** INSURANCE CLAIM | Branch ALEXANDRIA LA | | |
| | Date 12/30/19 | Time 20:17:15 (B) | Page 03 |
| | Account No. 0000452389 | Phone No. 3184523899 | Invoice No. I68655 |
| **INVOICE TO:** LACAZE LAND DEVELOPMENT LLC 106 SANDY LANE ALEXANDRIA LA 71303 | Ship Via | Purchase Order SHOP REPAIR | |
| | Sales Tax License No. | F.S.T. ID | |
| | | Salesperson 153 | |

## DESCRIPTION

```
STK#/FLEET#                    HRS  PIN/EIN        WARRANTY DATE     HRS
LN326996    333G COMPACT TRACK  724  1T0333GMLJF326996  07/24/20   2000
            333GX                 X  CH4M31H006598
*12/10/19     797                                              *
*Finished disconnecting hoses and components from the         *
*cooling package. Had to drain the coolant and the hydraulic  *
*oil from the machine to remove components. Removed cooling   *
*package from the machine and order a new T and 3 new hoses   *
*along with the clamps.                                       *
*12/11/19     797                                              *
*Installed the three new hoses onto the T and onto the        *
*machine. Installed cooling package onto the machine and      *
*hooked up all the hoses that mount to it. Installed the      *
*radiator, oil cooler, air intake system, surge tank and      *
*connected all hose involved. Mounted condenser onto the      *
*radiator and connected hoses. Installed charge air cooler    *
*and fuel cooler. ASSISTED AARON FOR 120 MINUTES ON THE       *
*TRANSMISSION JOB.                                            *
*12/12/19     797                                              *
*Installed the DEF filler neck, tightened up brackets to the  *
*cooling package. Filled the machine with coolant and did a   *
*pressure test for 15 minutes to check for leaks in the       *
*system. Pulled vacuum on the A/C system. Charged A/C system  *
*and filled machine with hydraulic oil. Ran machine and       *
*topped off with hydraulic oil. Installed the hood onto the   *
*machine, the rear bumper and the grille. Hooked the machine  *
*up to the mulching head and connected hoses. Ran machine to  *
*make sure that the mulching head was working properly.       *
*Machine had no codes. Cleaned up all the trash, tools and    *
*bay that the machine was in.                                 *
*                                                             *
***************************************************************
AL220728               Receiver-Dryer        1     43.28        43.28
                                      CONTINUED ON PAGE 04
```

CONTINUED ON PAGE 04

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000049

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | | | |
|---|---|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| | | | |
|---|---|---|---|
| **SHIP TO:** INSURANCE CLAIM | Branch ALEXANDRIA LA | | |
| | Date 12/30/19 | Time 20:17:15 (B) | Page 04 |
| | Account No. 0000452389 | Phone No. 3184523899 | Invoice No. I68655 |
| **INVOICE TO:** LACAZE LAND DEVELOPMENT LLC 106 SANDY LANE ALEXANDRIA LA 71303 | Ship Via | Purchase Order SHOP REPAIR | |
| | Sales Tax License No. | F.S.T. ID | |
| | | Salesperson 153 | |

## DESCRIPTION

```
STK#/FLEET#                    HRS  PIN/EIN            WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK 724  1T0333GMLJF326996  07/24/20    2000
            333GX                 X CH4M31H006598
   AN404683                         Clamp          1 N     5.49              5.49
   AT412709                         Filler Cap     1      28.79             28.79
   AT438591                         Fuel Tank      1 N   802.36            802.36
   AT443240                         Hose Clamp     1 N     4.11              4.11
   FRT                              SHIP & HANDLING 1     35.84             35.84
   PM37477                          LOCTITE MEDIUM 1      28.47             28.47
   RE56098                          CLAMP          4 S    12.52             50.08
   R183409                          O-RING         4 S     1.13              4.52
   R183410                          O-RING         1       1.43              1.43
   TY26575                          COOL-GARD 1GAL 4      13.44             53.76
   TY27366                          HYDRAU 2.5GAL  4      34.67            138.68
   T267827                          Bushing        1 N    53.07             53.07
   T309809                          Tee Fitting    1 N    35.25             35.25
   T357796                          V-Belt         1      36.08             36.08
   T410301                          Heat Shield    1      57.36             57.36
   T415928                          Radiator Hose  1 N    36.84             36.84
   T415929                          Radiator Hose  1 N    26.16             26.16
   T415930                          Radiator Hose  1 N    30.03             30.03
   03M7191                          BOLT           1 N      .76               .76
   14M7291                          FLANGE NUT     2       2.38              4.76
   14M7296                          FLANGE NUT     1       1.08              1.08
                                            PARTS                        1478.20
                                            LABOR                       11050.00
   10400123                         SEGMENT TOTAL==>                     12528.20
```

```
                                 ****** WORK ORDER TOTALS ******
                                 PARTS                    1478.20
                                 LABOR                   11050.00
                       CONTINUED ON PAGE 05
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000050

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

Covington, LA 70435 (985) 893-3005    Monroe, LA 71202 (318) 343-8787    Shreveport, LA 71119 (318) 631-3090

Longview, TX 75602 (903) 758-3326    Lufkin, TX 75904 (936) 634-8801    Lake Charles, LA 70615 (337) 430-3045

| | | | |
|---|---|---|---|
| **SHIP TO:** INSURANCE CLAIM | Branch ALEXANDRIA LA | | |
| | Date 12/30/19 | Time 20:17:15 (B) | Page 05 |
| | Account No. 0000452389 | Phone No. 3184523899 | Invoice No. I68655 |
| **INVOICE TO:** LACAZE LAND DEVELOPMENT LLC 106 SANDY LANE ALEXANDRIA LA 71303 | Ship Via | Purchase Order SHOP REPAIR | |
| | Sales Tax License No. | F.S.T. ID | |
| | | Salesperson 153 | |

## DESCRIPTION

| STK#/FLEET# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| LN326996 | 333G COMPACT TRACK | 724 | 1T0333GMLJF326996 | 07/24/20 | 2000 |
| | 333GX | X | CH4M31H006598 | | |

|  |  |
|---|---|
| DEDUCTIBLE | 1000.00- |
| FUEL | 30.06 |
| SUB TOTAL==> | 11558.26 |
| 4.45% LA STATE | 558.84 |
| RAPIDES 3.5% | 439.54 |
| CUSTOMER TOTAL | 12556.64 |

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | | | |
|---|---|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

**SHIP TO:** IN STORE PICKUP

| Branch | | |
|---|---|---|
| ALEXANDRIA LA | *REPRINT* | |
| Date 12/30/19 | Time 20:17:16 (B) | Page 01 |
| Account No. 0000452389 | Phone No. 3184523899 | Invoice No. I68693 |

**INVOICE TO:** LACAZE LAND DEVELOPMENT LLC
106 SANDY LANE
ALEXANDRIA LA 71303

| Ship Via | Purchase Order SHOP REPAIR |
|---|---|
| Sales Tax License No. | F.S.T. ID |
| | Salesperson 153 |

## DESCRIPTION

```
STK#/FLEET#                  HRS   PIN/EIN        WARRANTY DATE      HRS
LN326996    333G COMPACT TRACK  724   1T0333GMLJF326996   07/24/20   2000
            333GX                X CH4M31H006598
```

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.

```
SEGMENT# 1 C 797   XMISC        12/26/19 12/26/19 12/27/19
  INSURANCE CLAIM/ I68497/REF I68655
  ***** TECHNICIANS COMMENTS ************************************
  *                                                            *
  *11/27/19    797                                             *
  *Pulled machine into the shop after removing the mulching    *
  *head from the machine. Removed the footwell out of the      *
  *machine to access more to the reservoir for the hydraulic   *
  *oil. Drained the hydraulic tank, and removed tank from the  *
  *machine. Removed back bumper from the machine and hood.     *
  *Removed the air cleaner assembly from the machine.          *
  *Disconnected all the lines to the hydraulic and hydrostatic *
  *pumps.                                                       *
  *12/2/19     797                                             *
  *Removed the cooling package from the machine, disconnected  *
  *lines and brackets to remove engine. Removed DEF dosing     *
  *unit.                                                        *
  *12/3/19     797                                             *
  *Finished disconnect everything from the engine to remove    *
  *the engine from the machine. Removed engine from the        *
  *machine and found where the machine had caught fire and     *
  *damaged the fuel tank. Removed fuel tank from the machine   *
  *after disconnecting hoses from it. Started cleaning the     *
  *machine preparing to go back together with everything.      *
  *13/4/19     797                                             *
```

CONTINUED ON PAGE 02

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000052

# **DOGGETT**

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |

Monroe, LA 71202 (318) 343-8787   Shreveport, LA 71119 (318) 631-3090
Lufkin, TX 75904 (936) 634-8801   Lake Charles, LA 70615 (337) 430-3045

| | | | | |
|---|---|---|---|---|
| **SHIP TO:** | IN STORE PICKUP | Branch | ALEXANDRIA LA | |
| | | Date 12/30/19 | Time 20:17:16 (B) | Page 02 |
| | | Account No. 0000452389 | Phone No. 3184523899 | Invoice No. I68693 |
| **INVOICE TO:** | LACAZE LAND DEVELOPMENT LLC 106 SANDY LANE ALEXANDRIA LA 71303 | Ship Via | Purchase Order SHOP REPAIR | |
| | | Sales Tax License No. | F.S.T. ID | |
| | | | Salesperson 153 | |

## DESCRIPTION

```
STK#/FLEET#              HRS  PIN/EIN           WARRANTY DATE     HRS
LN326996    333G COMPACT TRACK   724  1T0333GMLJF326996  07/24/20    2000
            333GX                     X CH4M31H006598
 *Replaced the fuel tank (AT438591), installed heat shield    *
 *(T410301) on the new tank. Fastened down the new fuel tank  *
 *and connected hoses. Installed new dryer for the A/C system *
 *(AL220728). Installed the engine, tightened down the bolts  *
 *to hold the engine down. Connected hose at the bottom of    *
 *the engine.                                                 *
 *12/5/19     797                                             *
 *Installed new belt (T357796) on the engine. Installed the   *
 *aftertreatment assembly and connected all components to it. *
 *Installed the cooling package frame work and connected      *
 *hoses to it. Finished connecting all lines tied into the    *
 *engine.                                                     *
 *12/6/19     797                                             *
 *Installed all the coolers on the machine, connected hoses   *
 *to the fan motor. Installed air breather and surge tank.    *
 *Tightened up all clamps on hoses. Cut broke bolts off the   *
 *bumper and welded two new nuts into the frame.  Connected   *
 *all hoses up to the pumps and installed the grille on the   *
 *back of the machine. Fixed two broke wires going to the     *
 *high flow solenoid.                                         *
 *12/9/19     797                                             *
 *Put hydraulic tank back into the machine and hooked up all  *
 *the hoses going to the tank. Filled machine with hydraulic  *
 *oil and coolant. Pulled a vacuum on the A/C system and      *
 *charged the system to 1.8 lbs. Filled machine with 5        *
 *gallons of diesel. Installed the bumper on the machine.     *
 *Then had to remove the bumper and grille and start removing *
 *components from the machine to fix a PRE-EXISTING coolant    *
 *leak.                                                       *
 *12/10/19    797                                             *
```

CONTINUED ON PAGE 03

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000053

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| | | Monroe, LA 71202 (318) 343-8787 |
| | | Shreveport, LA 71119 (318) 631-3090 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |
| | | Lufkin, TX 75904 (936) 634-8801 |
| | | Lake Charles, LA 70615 (337) 430-3045 |

| | |
|---|---|
| **SHIP TO:** IN STORE PICKUP | **Branch** ALEXANDRIA LA |
| | **Date** 12/30/19 | **Time** 20:17:16 (B) | **Page** 03 |
| | **Account No.** 0000452389 | **Phone No.** 3184523899 | **Invoice No.** I68693 |
| **INVOICE TO:** LACAZE LAND DEVELOPMENT LLC 106 SANDY LANE ALEXANDRIA LA 71303 | **Ship Via** | **Purchase Order** SHOP REPAIR |
| | **Sales Tax License No.** | **F.S.T. ID** |
| | | **Salesperson** 153 |

## DESCRIPTION

```
STK#/FLEET#            HRS  PIN/EIN         WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK    724  1T0333GMLJF326996  07/24/20    2000
            333GX                 X CH4M31H006598
*Finished disconnecting hoses and components from the     *
*cooling package. Had to drain the coolant and the hydraulic *
*oil from the machine to remove components. Removed cooling *
*package from the machine and order a new T and 3 new hoses *
*along with the clamps.                                    *
*12/11/19    797                                           *
*Installed the three new hoses onto the T and onto the     *
*machine. Installed cooling package onto the machine and   *
*hooked up all the hoses that mount to it. Installed the   *
*radiator, oil cooler, air intake system, surge tank and   *
*connected all hose involved. Mounted condenser onto the   *
*radiator and connected hoses. Installed charge air cooler *
*and fuel cooler. ASSISTED AARON FOR 120 MINUTES ON THE    *
*TRANSMISSION JOB.                                         *
*12/12/19    797                                           *
*Installed the DEF filler neck, tightened up brackets to the *
*cooling package. Filled the machine with coolant and did a *
*pressure test for 15 minutes to check for leaks in the    *
*system. Pulled vacuum on the A/C system. Charged A/C system *
*and filled machine with hydraulic oil. Ran machine and    *
*topped off with hydraulic oil. Installed the hood onto the *
*machine, the rear bumper and the grille. Hooked the machine *
*up to the mulching head and connected hoses. Ran machine to *
*make sure that the mulching head was working properly.    *
*Machine had no codes. Cleaned up all the trash, tools and  *
*bay that the machine was in.                              *
*                                                          *
************************************************************
10401101
```

CONTINUED ON PAGE 04

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000054

# **DOGGETT**

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

| | | |
|---|---|---|
| Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

**SHIP TO:**

IN STORE PICKUP

**INVOICE TO:**

LACAZE LAND DEVELOPMENT LLC
106 SANDY LANE
ALEXANDRIA LA 71303

| Branch | | | |
|---|---|---|---|
| | ALEXANDRIA LA | | |
| Date | | Time | Page |
| 12/30/19 | | 20:17:16 (B) | 04 |
| Account No. | | Phone No. | Invoice No. |
| 0000452389 | | 3184523899 | I68693 |
| Ship Via | | Purchase Order | |
| | | SHOP REPAIR | |
| Sales Tax License No. | | F.S.T. ID | |
| | | Salesperson | |
| | | | 153 |

## **DESCRIPTION**

```
STK#/FLEET#                    HRS   PIN/EIN           WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK 724   1T0333GMLJF326996  07/24/20       2000
            333GX                  X CH4M31H006598
```

```
                                   ****** WORK ORDER TOTALS ******
                                   DEDUCTIBLE                1000.00
  139849KB                         TOTAL CHARGE              1000.00
```

```
**************************************************
***        Please Remit to:          ***
***        DOGGETT MACHINERY SERVICES ***
***        PO BOX 15869               ***
***        BATON ROUGE, LA 70895      ***
***        (225)291-3750              ***
**************************************************
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

# **DOGGETT**

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |

Monroe, LA 71202 (318) 343-8787 — Shreveport, LA 71119 (318) 631-3090
Lufkin, TX 75904 (936) 634-8801 — Lake Charles, LA 70615 (337) 430-3045

| | |
|---|---|
| **SHIP TO:** WARR-LACAZE LAND REF I68497 | **Branch** ALEXANDRIA LA   *REPRINT* |
| | **Date** 12/27/19  **Time** 20:16:17 (B)  **Page** 01 |
| | **Account No.** WTYJDBAS01  **Phone No.**   **Invoice No.** I68703 |
| **INVOICE TO:** DEERE WARRANTY FOR MACHINES UNDER BASIC BATON ROUGE LA 77777 | **Ship Via** ORIG WO: I68497  **Purchase Order** I68497 |
| | **Sales Tax License No.**   **F.S.T. ID** |
| | **Salesperson** 153 |

## DESCRIPTION

```
STK#/FLEET#                 HRS   PIN/EIN        WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK  724   1T0333GMLJF326996  07/24/20   2000
            333GX                X   CH4M31H006598

            This order was created from order: I68497

SEGMENT# 1 C 797   AT471797    12/16/19 12/16/19 11/30/19
HYDRAULIC REPAIR
COMPLAINT:
CUSTOMER COMPLAINED THAT THE HYDRAULICS WERE WEAK.
CAUSE:
12/16-12/17 DIAG: 12.59 HRS
12/16
TIGHTENED UP LINE TO THE BACK OF THE HYDRAULIC TANK. HAD TO
MODIFY BACK SKID PLATE TO WHERE IT WOULD NOT RUB THE FUEL
TANK. INSTALLED SKID PLATE ON MACHINE. CUSTOMER ASKED IF
THE HYDRAULICS COULD BE CHECKED. CHECKED THE CHARGE
PRESSURE AND PRESSURE WAS WITHIN SPECS. CHECKED THE PUMP
PRESSURE AND IT WAS AT 2000 PSI WHICH IS BELOW SPECS. RAN
THE SYSTEM RELIEF IN AND THE PRESSURE DIDN'T MOVE. RELIEF
IS RAN ALL THE WAY IN. SETTING UP TO RUN A FLOW TEST ON THE
PUMP TO DETERMINE IF PUMP IS BAD.
12/17
HOOKED UP FLOW METER TO THE MACHINE, RAN MACHINE TO GET OIL
UP TO TEMP TO PERFORM THE FLOW TEST. PUMP WOULD ONLY REACH
1700 PSI WITH NO FLOW AT 1700 PSI. CHECKED THE CHARGE
PRESSURE AND PRESSURE WAS WITHIN SPECS. CHECKED THE PUMP
PRESSURE AND IT WAS AT 2000 PSI WHICH IS BELOW SPECS. RAN
THE SYSTEM RELIEF IN AND THE PRESSURE DIDN'T MOVE. RELIEF
IS RAN ALL THE WAY IN. SETTING UP TO RUN A FLOW TEST ON THE
PUMP TO DETERMINE IF PUMP IS BAD.
KEY PART# AT471797
CORRECTION:
```

CONTINUED ON PAGE 02

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000056

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| | | |
|---|---|---|
| **SHIP TO:** WARR-LACAZE LAND REF I68497 | **Branch** ALEXANDRIA LA | |
| | **Date** 12/27/19 | **Time** 20:16:17 (B) | **Page** 02 |
| | **Account No.** WTYJDBAS01 | **Phone No.** | **Invoice No.** I68703 |
| **INVOICE TO:** DEERE WARRANTY FOR MACHINES UNDER BASIC BATON ROUGE LA 77777 | **Ship Via** ORIG WO: I68497 | **Purchase Order** I68497 |
| | **Sales Tax License No.** | **F.S.T. ID** |
| | | **Salesperson** 153 |

## DESCRIPTION

```
STK#/FLEET#                    HRS  PIN/EIN          WARRANTY DATE    HRS
LN326996   333G COMPACT TRACK  724  1T0333GMLJF326996  07/24/20   2000
           333GX                  X CH4M31H006598
12/17-12/20 REP: 19.42 HRS
12/17
HOOKED UP FLOW METER TO THE MACHINE, RAN MACHINE TO GET OIL
UP TO TEMP TO PERFORM THE FLOW TEST. PUMP WOULD ONLY REACH
1700 PSI WITH NO FLOW AT 1700 PSI. DRAINED THE HYDRAULIC
SYSTEM. DISCONNECTED LINES FROM THE OLD PUMP AND SWAPPED
ALL FITTINGS FOR HOSES ONTO THE NEW PUMP. REPLACED THE PUMP
(AT471797) AND BOLTS (19M7790). REPLACED THE FILTER
(AT314164) AND CUT OLD FILTER APART TO INSPECT FOR METAL.
FILLED HYDRAULIC SYSTEM BACK UP WITH OIL, PERFORMED THE
START UP PROCEDURE WHEN REPLACING THE PUMP.
12/18
UPLOADED PICTURES TO THE MULTIMEDIA, TOPPED OFF HYDRAULIC.
12/19
HAD TO ADJUST PRESSURE AND THE HI FLOW PRESSURE GOT IT SET
AND WENT AND TESTED THE PRESSURE IT WAS 3350 PSI AND HI
FLOW WAS 3550 PSI. REPAIR COMPLETE.
**************************************************************
DIAGNOSTICS//12.59 HR - OUTLINED IN CLAIM TEXT - $1636.70
($130.00/HR + 0% ADDITIVE)
REPAIR//14.57 HR - R/R HYDRAULIC PUMP - $1988.81
($130.00/HR + 5% ADDITIVE)
REPAIR//4.85 HR - ASSIST WITH REPAIR - $662.03 ($130.00/HR
+ 5% ADDITIVE)
32.01 HR - TOTAL LABOR - $4287.53
X346634, 797, DARRELL BASS
X452205, 798, VERNON WELLMAN
ENVIRONMENTAL FEES - $92.78
ADDITIONAL DESCRIPTION:
FAILURE DATE: 12/16/2019
```

CONTINUED ON PAGE 03

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000057

# **DOGGETT**

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 | |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |
| Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 | |

| | | |
|---|---|---|
| **SHIP TO:** | WARR-LACAZE LAND<br>REF I68497 | **Branch** ALEXANDRIA LA |
| | | **Date** 12/27/19 | **Time** 20:16:17 (B) | **Page** 03 |
| | | **Account No.** WTYJDBAS01 | **Phone No.** | **Invoice No.** I68703 |
| **INVOICE TO:** | DEERE WARRANTY<br>FOR MACHINES UNDER BASIC<br>BATON ROUGE LA 77777 | **Ship Via** ORIG WO: I68497 | **Purchase Order** I68497 |
| | | **Sales Tax License No.** | **F.S.T. ID** |
| | | | **Salesperson** 153 |

## DESCRIPTION

```
STK#/FLEET#                    HRS  PIN/EIN           WARRANTY DATE      HRS
LN326996    333G COMPACT TRACK  724  1T0333GMLJF326996  07/24/20       2000
            333GX                    X CH4M31H006598
  REPAIR DATE: 12/20/2019
**
  Claim 116341473 SUBMITTED 12/27/2019-REGINA
AT314164                        FILTER ELE         1       46.76        46.76
AT471797                        Hydraulic Pump     1     1258.33      1258.33
TY27366                         HYDRAU 2.5GAL      4       39.62       158.48
19M7790                         SCREW              2 S      1.25         2.50
                                                        PARTS         1466.07
                                                        LABOR         4287.53
  10400123 10501101                            SEGMENT TOTAL==>        5753.60
_____
SEGMENT# 2 C 798    AT319160     12/16/19 12/19/19 11/30/19
FAN NOT WORKING
COMPLAINT:
FAN NOT WORKING.
CAUSE:
12/19 DIAG: 2.00
CHECKED TO SEE IF THE FAN WOULD RUN WIDE OPEN BY UNPLUGGING
THE SOLENOID AND IT WOULD NOT. PULLED APART AND FOUND THE
SOLENOID WAS BAD.
KEY PART# AT319160
CORRECTION:
12/20 REP: 5.65 HRS
PUT NEW STEW IN SOLENOID AND THE FAN STARTED WORKING RIGHT
THEN PUT THE FAN, GUARD, BUMPER AND SIDE PLATES THEN I PUT
THE FLOOR BOARD IN THE MACHINE AND BOLTED THE CAB DOWN.
***********************************************************
DIAGNOSTICS//1.68 HR - OUTLINED IN CLAIM TEXT - $218.40
($130.00/HR + 0% ADDITIVE)
DIAGNOSTICS//0.32 HR - OUTLINED IN CLAIM TEXT - $41.60
```
CONTINUED ON PAGE 04

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance.
Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000058

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
**Doggett Machinery Services**
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| | | | |
|---|---|---|---|
| **SHIP TO:** | WARR-LACAZE LAND<br>REF I68497 | Branch<br>   ALEXANDRIA LA | |
| | | Date<br>      12/27/19 | Time<br>      20:16:17  (B) | Page<br>     04 |
| | | Account No.<br>     WTYJDBAS01 | Phone No. | Invoice No.<br>    I68703 |
| **INVOICE TO:** | DEERE WARRANTY<br>FOR MACHINES UNDER BASIC<br>BATON ROUGE LA 77777 | Ship Via<br>     ORIG WO: I68497 | Purchase Order<br>   I68497 | |
| | | Sales Tax License No. | F.S.T. ID | |
| | | | Salesperson<br>       153 | |

| **DESCRIPTION** |
|---|

```
STK#/FLEET#                    HRS  PIN/EIN          WARRANTY DATE      HRS
LN326996     333G COMPACT TRACK  724  1T0333GMLJF326996  07/24/20       2000
             333GX               X CH4M31H006598
($130.00/HR + 0% ADDITIVE)
REPAIR//5.65 HR - R/R PRESSURE RELIEF VALVE - $771.23
($130.00/HR + 5% ADDITIVE)
7.65 HR - TOTAL LABOR - $1031.23
X346634, 797, DARRELL BASS
X452205, 798, VERNON WELLMAN
ADDITIONAL DESCRIPTION:
FAILURE DATE: 12/19/2019
REPAIR DATE: 12/20/2019
**
Claim 116341487 SUBMITTED 12/27/2019-REGINA
AT319160                    PRESSURE RELIEF      1 N   209.26       209.26
              Pressure Relief Valve

                                             PARTS        209.26
                                             LABOR       1031.23
10400123 10501101                   SEGMENT TOTAL==>     1240.49
```

```
                        ****** WORK ORDER TOTALS ******
                               INTERNAL       CUSTOMER
                PARTS          1675.33
                LABOR          5318.76
        ENVIRONMENTAL            92.78
        INTERNAL TOTAL         7086.87
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000059

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | | |
|---|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, LA 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| | | |
|---|---|---|
| **SHIP TO:** | LACAZE LAND DEVELOPMENT COS | **Branch** ALEXANDRIA LA   *REPRINT* |
| | | **Date** 02/05/20 | **Time** 20:16:47 (B) | **Page** 01 |
| | | **Account No.** 98000 | **Phone No.** | **Invoice No.** I68901 |
| **INVOICE TO:** | DOGGETT INT SALES BATON ROUGE BATON ROUGE LA 70816 | **Ship Via** | **Purchase Order** FIELD REPAIR |
| | | **Sales Tax License No.** | **F.S.T. ID** |
| | | | **Salesperson** 574 |

| **DESCRIPTION** |
|---|

```
STK#/FLEET#                    HRS  PIN/EIN        WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK 765  1T0333GMLJF326996  07/24/20    2000
            333GX              X CH4M31H006598
```

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.

```
SEGMENT# 1 C 9238  NA        01/29/20 01/29/20 01/31/20
SERVICE CALL                                           2.50 HRS
SERVICE CALL TO 31.1474, -93.3750
1 SERVICE CALL
                                           LABOR       281.25
10400123        48400223        SEGMENT TOTAL==>       281.25
```

```
SEGMENT# 2 C 9238  NA        01/29/20 01/29/20 01/31/20
CHECK & REPAIR HIGH FLOW ISSUE/BOGGING ENGINE DOWN
***** TECHNICIANS COMMENTS ********************************
*                                                 *
*ran machine and tested pressures. pressure was in spec.  *
*issue is only was when hyd are cold. operator was        *
*instructed to run machine for 10 min prior to advancing to *
*high flow.                                        *
*                                                 *
***********************************************************
                                           LABOR       162.79
10400123        48400223        SEGMENT TOTAL==>       162.79
```

```
                         ****** WORK ORDER TOTALS ******
                              INTERNAL      CUSTOMER
                    LABOR      444.04
                CONTINUED ON PAGE 02
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000060

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| | | Monroe, LA 71202 (318) 343-8787 |
| | | Shreveport, LA 71119 (318) 631-3090 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |
| | | Lufkin, TX 75904 (936) 634-8801 |
| | | Lake Charles, LA 70615 (337) 430-3045 |

| | | | | |
|---|---|---|---|---|
| **SHIP TO:** | LACAZE LAND DEVELOPMENT<br>COS | Branch<br>ALEXANDRIA LA | | |
| | | Date<br>02/05/20 | Time<br>20:16:47 (B) | Page<br>02 |
| | | Account No.<br>98000 | Phone No. | Invoice No.<br>I68901 |
| **INVOICE TO:** | DOGGETT INT SALES<br>BATON ROUGE<br>BATON ROUGE LA 70816 | Ship Via | Purchase Order<br>FIELD REPAIR | |
| | | Sales Tax License No. | F.S.T. ID | |
| | | | Salesperson<br>574 | |

## DESCRIPTION

```
STK#/FLEET#                    HRS   PIN/EIN          WARRANTY DATE      HRS
LN326996   333G COMPACT TRACK  765   1T0333GMLJF326996  07/24/20        2000
           333GX                   X CH4M31H006598
                                    ENVIRONMENTAL        15.54
                                    SERVICE ACCESSO      35.52
                                    TRUCK#9768          450.00
                                    INTERNAL TOTAL      945.10
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000061

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |

| | | |
|---|---|---|
| Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| SHIP TO: | LACAZE LAND DEVELOPMENT<br>DOGGETT GUARD | Branch | ALEXANDRIA LA    *REPRINT* | | |
|---|---|---|---|---|---|
| | | Date  03/30/20 | Time  20:17:16 (B) | | Page  01 |
| | | Account No.  98000 | Phone No. | | Invoice No.  I69170 |
| INVOICE TO: | DOGGETT INT SALES<br>BATON ROUGE<br>BATON ROUGE LA 70816 | Ship Via | | Purchase Order  FIELD REPAIR | |
| | | Sales Tax License No. | | F.S.T. ID | |
| | | | | Salesperson  331 | |

### DESCRIPTION

```
STK#/FLEET#                    HRS  PIN/EIN        WARRANTY DATE    HRS
LN326996   333G COMPACT TRACK  816  1T0333GMLJF326996  07/24/20    2000
           333GX                 X  CH4M31H006598
```

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.

```
SEGMENT# 1 C 2743  NA        03/10/20 03/10/20 03/31/20
  SERVICE CALL                                            1.00 HRS
  1 SERVICE CALL TO 31.357861, -92.327833
                                            LABOR       112.50
  10400123        17910101          SEGMENT TOTAL==>     112.50
```

```
SEGMENT# 2 C 9246  NA        03/10/20 03/10/20 03/31/20
CHECK COMPLAINT OF HYD. NOT ENGAGING
COMPLAINT:
<2743 3.10.20
BOOM WAS STUCK IN MID AIR AND HYDRAULICS WOULD NOT ENGAGE..
CAUSE:
<2743 3.10.20
REMOVED DOOR TO ENTER CAB, HAD A DTC FOR HYDRAULIC WORK
PORT SOLENOID CIRCUIT FAULT 516197.06. HOOKED A TRACK HOE
UP TO THE BUCKET TO LEVEL IT OUT AND MANUALLY LOWERED THE
BOOM. REMOVED THE FLOOR PAN SAW THAT INSIDE THE MACHINE WAS
FULL OF DEBRIS. A LARGE STICK HAD COME THROUGH AND BROKE
THE SOLENOID.
CORRECTION:
<2743 3.10.20
CHANGED THE SOLENOID AND CONFIRMED IT WAS FIXED.
ADDITIONAL DESCRIPTION:
***** TECHNICIANS COMMENTS ************************************
*                                                            *
                                CONTINUED ON PAGE 02
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000062

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

Covington, LA 70435 (985) 893-3005 · Monroe, LA 71202 (318) 343-8787 · Shreveport, LA 71119 (318) 631-3090
Longview, TX 75602 (903) 758-3326 · Lufkin, TX 75904 (936) 634-8801 · Lake Charles, LA 70615 (337) 430-3045

| | | | |
|---|---|---|---|
| **SHIP TO:** LACAZE LAND DEVELOPMENT DOGGETT GUARD | Branch ALEXANDRIA LA | | |
| | Date 03/30/20 | Time 20:17:16 (B) | Page 02 |
| | Account No. 98000 | Phone No. | Invoice No. I69170 |
| **INVOICE TO:** DOGGETT INT SALES BATON ROUGE BATON ROUGE LA 70816 | Ship Via | Purchase Order FIELD REPAIR | |
| | Sales Tax License No. | F.S.T. ID | |
| | | Salesperson 331 | |

## DESCRIPTION

```
STK#/FLEET#                    HRS   PIN/EIN        WARRANTY DATE      HRS
LN326996    333G COMPACT TRACK 816   1T0333GMLJF326996   07/24/20     2000
            333GX                X   CH4M31H006598
 * FAILED PART: AT333807                           *
 *  FAILED DATE: 3.10.20                           *
 *  REPAIR DATE: 3.10.20                           *
 *  DIAGNOSE: 1.03                                 *
 *  REPAIR: 3.13                                   *
 *************************************************  *
 *A WARRANTY CLAIM HAS BEEN FILED WITH JOHN DEERE FOR THE  *
 *ITEMS COVERED BY THE REMAINING BASIC WARRANTY ON THIS    *
 *MACHINE. SHOULD ANY ISSUE ARISE WITH THE WARRANTY CLAIM, *
 *THE CUSTOMER WILL BE NOTIFIED BY THE DEALERSHIP. CUSTOMER *
 *IS RESPONSIBLE FOR PAYING THE REMAINING CHARGES ON THIS  *
 *WORK ORDER AS THEY ARE NOT COVERED UNDER THE VENDOR'S    *
 *WARRANTY.                                        *
 *>CONSUMABLES-OIL                                 *
 *                                                 *
 *************************************************  *
TY27367               HYDRAU 5GAL        1    74.82      74.82
                                            PARTS        74.82
10400123       17910101            SEGMENT TOTAL==>      74.82
```

```
                          ****** WORK ORDER TOTALS ******
                                  INTERNAL      CUSTOMER
                      PARTS         74.82
                      LABOR        112.50
             ENVIRONMENTAL          33.62
          SERVICE ACCESSO           76.85
               TRUCK#1730          120.00
            INTERNAL TOTAL         417.79
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000063

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, LA 75708 (903) 592-8900 |
| Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 |
| Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 |
| Shreveport, LA 71119 (318) 631-3090 | Lake Charles, LA 70615 (337) 430-3045 |

**SHIP TO:**
LACAZE LAND DEVELOPMENT
FIELD REPAIR
31.357861, -92.327833

**INVOICE TO:**
DEERE WARRANTY
FOR USE WITH PIP WORK
BATON ROUGE LA 70810

| Branch | | |
|---|---|---|
| ALEXANDRIA LA   *REPRINT* | | |
| Date | Time | Page |
| 03/20/20 | 20:16:28  (B) | 01 |
| Account No. | Phone No. | Invoice No. |
| WTYJDPIP01 | | I69206 |

| Ship Via | Purchase Order |
|---|---|
| | FIELD REPAIR |
| Sales Tax License No. | F.S.T. ID |
| | |
| | Salesperson |
| | 331 |

## DESCRIPTION

```
STK#/FLEET#                      HRS  PIN/EIN        WARRANTY DATE     HRS
LN326996    333G COMPACT TRACK   816  1T0333GMLJF326996  07/24/20    2000
            333GX                  X  CH4M31H006598

SEGMENT# 1 C 798   NA      03/16/20 03/16/20 03/31/20
OPTIONAL PIP- TRAVEL IS NOT ALLOWED                      1.00 HRS
1 SERVICE CALL TO 31.357861, -92.327833
                                            LABOR      109.13
10400123 52807423                 SEGMENT TOTAL==>      109.13
```
---
```
SEGMENT# 2 C 798   19TX912    03/16/20 03/16/20 03/31/20
19TX912 - Turbo Outlet Hose Improvement - Optional      .50 HRS
COMPLAINT:
19TX912 - Turbo Outlet Hose Improvement - Optional
CAUSE:
The turbo outlet hose may split.
CORRECTION:
<798 3.16.20  REMOVED HOSE CLAMPS & HOSE. REPLACED HOSE & 2
NEW CLAMPS PER PIP KIT.
*************************************************************
./X452205 , I798 , VERNON WELLMAN/0.50 HR -  - $108.13
($173.00/HR + 25% ADDITIVE)
0.50 HR - TOTAL LABOR - $108.13
ADDITIONAL DESCRIPTION:
FAILURE DATE 03/16/2020
REPAIR DATE 03/16/2020
***********************************************
Claim 116741828 submitted 03/20/2020
MPT13433                   Product Improve    1 N    4.87       4.87
                                              PARTS             4.87
                                              LABOR           108.13
10400123 10501101                 SEGMENT TOTAL==>            113.00
```
---

CONTINUED ON PAGE 02

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000064

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

| | |
|---|---|
| Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

**SHIP TO:**
LACAZE LAND DEVELOPMENT
FIELD REPAIR
31.357861, -92.327833

**INVOICE TO:**
DEERE WARRANTY
FOR USE WITH PIP WORK
BATON ROUGE LA 70810

| Branch | ALEXANDRIA LA | | |
|---|---|---|---|
| Date 03/20/20 | Time 20:16:28 (B) | | Page 02 |
| Account No. WTYJDPIP01 | Phone No. | | Invoice No. I69206 |
| Ship Via | | Purchase Order FIELD REPAIR | |
| Sales Tax License No. | | F.S.T. ID | |
| | | Salesperson 331 | |

## DESCRIPTION

```
STK#/FLEET#                    HRS  PIN/EIN          WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK  816  1T0333GMLJF326996  07/24/20     2000
            333GX                  X  CH4M31H006598
```

```
                    ****** WORK ORDER TOTALS ******
                               INTERNAL      CUSTOMER
              PARTS               4.87
              LABOR             217.26
    INTERNAL  TOTAL             222.13
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000065

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

| | | |
|---|---|---|
| Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

**SHIP TO:** IN STORE PICKUP

| Branch | ALEXANDRIA LA    *REPRINT* | |
|---|---|---|
| Date    03/27/20 | Time    20:17:15  (B) | Page    01 |
| Account No.    0000452389 | Phone No.    3184523899 | Invoice No.    I69299 |

**INVOICE TO:**
LACAZE LAND DEVELOPMENT LLC
106 SANDY LANE
ALEXANDRIA LA 71303

| Ship Via | Purchase Order    SHOP REPAIR |
|---|---|
| Sales Tax License No. | F.S.T. ID |
| | Salesperson    153 |

## DESCRIPTION

```
STK#/FLEET#                   HRS  PIN/EIN         WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK    X 1T0333GMLJF326996  07/24/20    2000
            333GX                 X CH4M31H006598
```

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.

```
SEGMENT# 1 C 9246  XMISC        03/27/20 03/27/20 03/31/20
   SERVICE MACHINE
MIU800650              OIL FILTER        1     17.54            17.54
TY26673                1GAL 15W40        1     17.26            17.26
TY26675                2.5GAL 15W40      1     42.15            42.15
        Plus-50 II Oil 15W40 CJ4/SN

                                        PARTS              76.95
                                        LABOR             150.00
10400123                    SEGMENT TOTAL==>             226.95
```

```
                         ****** WORK ORDER TOTALS ******
                         PARTS              76.95
                         LABOR             150.00
                 ENVIRONMENTAL              5.25
             SERVICE ACCESSO               12.00
                  SUB TOTAL==>             244.20
             4.45% LA STATE                10.87
                 RAPIDES 3.5%               8.55
             CUSTOMER TOTAL               263.62
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

# DOGGETT

**Doggett Machinery Services**
**1-800-569-1626 • www.doggett.com**

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | | |
|---|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 |

| | | | |
|---|---|---|---|
| **SHIP TO:** | BASIC WARRANTY<br>LACAZE LAND DEVELOPMENT | **Branch** ALEXANDRIA LA    *REPRINT* | |
| | | **Date** 03/27/20 | **Time** 20:17:16 (B) | **Page** 01 |
| | | **Account No.** WTYJDBAS01 | **Phone No.** | **Invoice No.** I69301 |
| **INVOICE TO:** | DEERE WARRANTY<br>FOR MACHINES UNDER BASIC<br>BATON ROUGE LA 77777 | **Ship Via** | **Purchase Order** I69170 |
| | | **Sales Tax License No.** | **F.S.T. ID** |
| | | | **Salesperson** 679 |

## DESCRIPTION

```
STK#/FLEET#                    HRS  PIN/EIN          WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK  816  1T0333GMLJF326996  07/24/20   2000
            333GX                 X  CH4M31H006598


SEGMENT# 1 C 2743  AT333807     03/10/20 03/10/20 03/10/20
MACHINE HAS CODE AND HYD WILL NOT ENGAGE
COMPLAINT:
MACHINE HAS CODE AND HYD WILL NOT ENGAGE-BOOM STUCK IN THE
AIR
CAUSE:
RELEVANT FAULT CODE:  PORT SOLENOID CIRCUIT FAULT 516197.06
<2743 3.10.20
REMOVED DOOR TO ENTER CAB, HAD A DTC FOR HYDRAULIC WORK
PORT SOLENOID CIRCUIT FAULT 516197.06. HOOKED A TRACK HOE
UP TO THE BUCKET TO LEVEL IT OUT AND MANUALLY LOWER THE
BOOM. REMOVED THE FLOOR PAN SAW THAT INSIDE THE MACHINE WAS
FULL OF DEBRIS. A LARGE STICK HAD COME THROUGH AND BROKE
THE SOLENOID.
KEY PART#  AT333807
CORRECTION:
REMOVED AND REPLACED THE SOLENOID. CODE CLEARED. UNIT READY.
********************************************************
DIAGNOSTIC/X183385, 2743, JORDAN MORRIS/1.03 HR -
DIAGNOSTIC - $0.00 ($173.00/HR + 0% ADDITIVE)
REPAIR/X183385, 2743, JORDAN MORRIS/3.13 HR - REPAIR -
$568.56 ($173.00/HR + 5% ADDITIVE)
4.16 HR - TOTAL LABOR - $568.56
ADDITIONAL DESCRIPTION:
FAILURE DATE:  3/10/2020
REPAIR DATE:  3/10/2020
********************************************************
CLAIM 116779636 SUBMITTED 3/27/2020 - TROY GOMEZ
AT333807                  SOLENOID COIL       1     31.14      31.14
                                        CONTINUED ON PAGE 02
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000067

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |

Covington, LA 70435 (985) 893-3005 — Monroe, LA 71202 (318) 343-8787 — Shreveport, LA 71119 (318) 631-3090
Longview, TX 75602 (903) 758-3326 — Lufkin, TX 75904 (936) 634-8801 — Lake Charles, LA 70615 (337) 430-3045

| | |
|---|---|
| **SHIP TO:** BASIC WARRANTY<br>LACAZE LAND DEVELOPMENT | **Branch** ALEXANDRIA LA |
| | **Date** 03/27/20 · **Time** 20:17:16 (B) · **Page** 02 |
| | **Account No.** WTYJDBAS01 · **Phone No.** · **Invoice No.** I69301 |
| **INVOICE TO:** DEERE WARRANTY<br>FOR MACHINES UNDER BASIC<br>BATON ROUGE LA 77777 | **Ship Via** · **Purchase Order** I69170 |
| | **Sales Tax License No.** · **F.S.T. ID** |
| | **Salesperson** 679 |

## DESCRIPTION

```
STK#/FLEET#                        HRS   PIN/EIN          WARRANTY DATE     HRS
LN326996    333G COMPACT TRACK     816   1T0333GMLJF326996  07/24/20       2000
            333GX                X CH4M31H006598
            Solenoid Valve Coil

                                              PARTS         31.14
                                              LABOR        568.56
            10501101                   SEGMENT TOTAL==>     599.70
```

```
                              ****** WORK ORDER TOTALS ******
                                    INTERNAL       CUSTOMER
                              PARTS      31.14
                              LABOR     568.56
                     INTERNAL TOTAL     599.70
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000068

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

**REMIT TO:**
Doggett Machinery Services
PO BOX 15869
Baton Rouge, LA 70895
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |

Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090
Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045

| | |
|---|---|
| **SHIP TO:** LACAZE LAND DEVELOPMENT | **Branch** ALEXANDRIA LA    *REPRINT* |
| | **Date** 04/09/20  **Time** 20:16:37 (B)  **Page** 01 |
| | **Account No.** REWORK23  **Phone No.**  **Invoice No.** I69304 |
| **INVOICE TO:** REWORK 6321 MASONIC DR ALEXANDRIA LA 71301 | **Ship Via**  **Purchase Order** SHOP REPAIR |
| | **Sales Tax License No.**  **F.S.T. ID** |
| | **Salesperson** 153 |

## DESCRIPTION

```
STK#/FLEET#              HRS  PIN/EIN        WARRANTY DATE    HRS
LN326996   333G COMPACT TRACK  X 1T0333GMLJF326996  07/24/20  2000
           333GX             X CH4M31H006598


THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS.
IF WE CAN BE OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE DEPARTMENT
AT 318-442-0455.

SEGMENT# 1 C 798  XMISC      03/30/20 03/31/20 03/31/20
 BROKE SENSOR I69211
 3/31/2020   798
 Got new sensor in and put it back on the machine and put
 the bracket back down over it.
 MIU803774              Sensor           1     265.66      265.66
                                             PARTS         265.66
                                             LABOR         166.32
          53003423            SEGMENT TOTAL==>            431.98
```
_____

```
                         ****** WORK ORDER TOTALS ******
                              INTERNAL      CUSTOMER
                   PARTS        265.66
                   LABOR        166.32
            SUB TOTAL==>        431.98
         4.45% LA STATE          11.82
         INTERNAL TOTAL         443.80
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000069

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

REMIT TO:
**Doggett Machinery Services**
**10110 Daradele Ave**
**Baton Rouge, LA 70816**
Phone: (225) 291-3750
Fax: (225) 238-1824

| | |
|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 |
| Covington, LA 70435 (985) 893-3005 | Monroe, LA 71202 (318) 343-8787 |
| Shreveport, LA 71119 (318) 631-3090 | |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 |
| Longview, TX 75602 (903) 758-3326 | Lufkin, TX 75904 (936) 634-8801 |
| Lake Charles, LA 70615 (337) 430-3045 | |

| | | |
|---|---|---|
| **SHIP TO:** | LACAZE LAND DEVELOPMENT<br>FIELD REPAIR<br>31.357861, -92.327833 | Branch: ALEXANDRIA LA     *REPRINT* |
| | | Date: 03/20/20  Time: 20:16:28 (B)  Page: 01 |
| | | Account No. WTYJDPIP01  Phone No.  Invoice No. I69206 |
| **INVOICE TO:** | DEERE WARRANTY<br>FOR USE WITH PIP WORK<br>BATON ROUGE LA 70810 | Ship Via:  Purchase Order: FIELD REPAIR |
| | | Sales Tax License No.:  F.S.T. ID: |
| | | Salesperson: 331 |

## DESCRIPTION

```
STK#/FLEET#              HRS   PIN/EIN      WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK  816  1T0333GMLJF326996  07/24/20   2000
            333GX              X CH4M31H006598

SEGMENT# 1 C 798    NA      03/16/20 03/16/20 03/31/20
OPTIONAL PIP- TRAVEL IS NOT ALLOWED                  1.00 HRS
1 SERVICE CALL TO 31.357861, -92.327833
                                           LABOR      109.13
10400123 52807423                 SEGMENT TOTAL==>    109.13

SEGMENT# 2 C 798    19TX912    03/16/20 03/16/20 03/31/20
19TX912 - Turbo Outlet Hose Improvement - Optional    .50 HRS
COMPLAINT:
19TX912 - Turbo Outlet Hose Improvement - Optional
CAUSE:
The turbo outlet hose may split.
CORRECTION:
<798 3.16.20  REMOVED HOSE CLAMPS & HOSE. REPLACED HOSE & 2
NEW CLAMPS PER PIP KIT.
***********************************************************
./X452205 , I798 , VERNON WELLMAN/0.50 HR -  - $108.13
($173.00/HR + 25% ADDITIVE)
0.50 HR - TOTAL LABOR - $108.13
ADDITIONAL DESCRIPTION:
FAILURE DATE 03/16/2020
REPAIR DATE 03/16/2020
***********************************************************
Claim 116741828 submitted 03/20/2020
MPT13433          Product Improve    1 N      4.87      4.87
                                      PARTS            4.87
                                      LABOR          108.13
10400123 10501101                 SEGMENT TOTAL==>    113.00

                               CONTINUED ON PAGE 02
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000070

# DOGGETT

**Doggett Machinery Services**
1-800-569-1626 • www.doggett.com

REMIT TO:
Doggett Machinery Services
10110 Daradele Ave
Baton Rouge, LA 70816
Phone: (225) 291-3750
Fax: (225) 238-1824

| | | |
|---|---|---|
| Alexandria, LA 71301 (318) 442-0455 | St. Rose, LA 70087 (504) 466-5577 | Covington, LA 70435 (985) 893-3005 |
| Broussard, LA 70518 (337) 837-9481 | Tyler, TX 75708 (903) 592-8900 | Longview, TX 75602 (903) 758-3326 |
| Monroe, LA 71202 (318) 343-8787 | Shreveport, LA 71119 (318) 631-3090 | |
| Lufkin, TX 75904 (936) 634-8801 | Lake Charles, LA 70615 (337) 430-3045 | |

| | |
|---|---|
| **SHIP TO:** | LACAZE LAND DEVELOPMENT<br>FIELD REPAIR<br>31.357861, -92.327833 |
| **INVOICE TO:** | DEERE WARRANTY<br>FOR USE WITH PIP WORK<br>BATON ROUGE LA 70810 |

| Branch | ALEXANDRIA LA | |
|---|---|---|
| Date 03/20/20 | Time 20:16:28 (B) | Page 02 |
| Account No. WTYJDPIP01 | Phone No. | Invoice No. I69206 |
| Ship Via | Purchase Order FIELD REPAIR | |
| Sales Tax License No. | F.S.T. ID | |
| | Salesperson 331 | |

## DESCRIPTION

```
STK#/FLEET#              HRS    PIN/EIN       WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK  816  1T0333GMLJF326996  07/24/20  2000
            333GX                  X  CH4M31H006598
```

```
                    ***** WORK ORDER TOTALS *****
                            INTERNAL      CUSTOMER
             PARTS            4.87
             LABOR          217.26
    INTERNAL TOTAL          222.13
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees

EXHIBIT D IN GLOBO 000071

Doggett Machinery Services: **1-800-960-9000**

# DOGGETT

**Remit To:**
10110 Daradale Ave
Baton Rouge, LA 70816
225-291-3750
www.doggett.com

| Alexandria, LA 71301 | Broussard, LA 70518 | Covington, LA 70435 | Monroe, LA 71202 | Shreveport, LA 71119 |
|---|---|---|---|---|
| 318-442-0455 | 337-837-9481 | 985-893-3005 | 318-343-8787 | 318-631-3090 |
| St. Rose, LA 70087 | Lake Charles, LA 70615 | Longview, TX 75602 | Lufkin, TX 75904 | Tyler, TX 75708 |
| 504-466-5577 | 337-430-3045 | 903-758-3326 | 936-634-8801 | 903-592-8900 |

**Ship to:**
LACAZE LAND DEVELOPM

**Invoice to:**
DEERE WARRANTY
FOR MACHINES UNDER BASIC
BATON ROUGE LA 77777

| Branch | | |
|---|---|---|
| COVINGTON LA | *REPRINT* | |
| Date | Time | Page |
| 08/29/19 | 20:16:05 (B) | 01 |
| Account No. | Phone No. | Invoice No. |
| WTYJDBAS01 | | D57834 |
| Ship Via | Purchase Order | |
| ORIG WO: D57778 | | |
| Sales Tax Licence No. | | |
| | | Salesperson |
| | | 181 |

---

## DESCRIPTION

..........

| STK#/FLEET# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| LN326996 | 333G COMPACT TRACK | 527 | 1T0333GMLJF326996 | 07/24/20 | 2000 |
| | 333GX | | CH4M31H006598 | | |

This order was created from order: D57778

SEGMENT# 1 C 2670  T425629      08/19/19 08/19/19 08/19/19
DIAG RUBBED CHARGE AIR COOLER LINE
COMPLAINT:
CHARGE AIR COOLER HOSE GOING FROM THE CHARGE AIR COOLER TO
ENGINE INTAKE HAS A BAD RUBBED SPOT.
CAUSE:
8/19/2019 2670 (0.50HRS)
THE INTAKE HOSE FROM THE CHARGE AIR COOLER TO THE INTAKE
MANIFOLD IS RUBBING AND ABOUT TO RUB THROUGH.
KEY PART #: T425629
CORRECTION:
8/19/2019 2670 (1.50HRS)
GAINED ACCESS TO HOSE (T425629). REMOVED HOSE.
8/19/2019 2670 (2.00HRS)
INSTALLED NEW HOSE (T425629) WITH NEW CLAMPS AND
REASSEMBLED MACHINE.
WASHED MACHINE OFF. RAN MACHINE AND NO CODES ARE ACTIVE.
PARKED MACHINE.
**************************************************
DIAGNOSE/TECH 2670, AUSTIN BYRON, X831049/0.50 HR -
DIAGNOSE - $65.00 ($130.00/HR + 0% ADDITIVE)
REPAIR/TECH 2670, AUSTIN BYRON, X831049/3.50 HR - REPAIR -
$477.75 ($130.00/HR + 5% ADDITIVE)
4.00 HR - TOTAL LABOR - $542.75
ENVIRONMENTAL FEES - $19.00
ADDITIONAL DESCRIPTION:
FAILURE DATE: 8/19/2019

CONTINUED ON PAGE 02

Received By_____

---

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to a late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

EXHIBIT D IN GLOBO 000072



Doggett Machinery Services: 1-800-960-9000

| Remit To: | | | | |
|---|---|---|---|---|
| 10110 Daradale Ave | Alexandria, LA 71301 | Broussard, LA 70518 | Covington, LA 70435 | Monroe, LA 71202 | Shreveport, LA 71119 |
| Baton Rouge, LA 70816 | 318-442-0455 | 337-837-9481 | 985-893-3005 | 318-343-8787 | 318-631-3090 |
| 225-291-3750 | St. Rose, LA 70087 | Lake Charles, LA 70615 | Longview, TX 75602 | Lufkin, TX 75904 | Tyler, TX 75708 |
| www.doggett.com | 504-466-5577 | 337-430-3045 | 903-758-3326 | 936-634-8801 | 903-592-8900 |

**Ship to:**
LACAZE LAND DEVELOPM

**Invoice to:**
DEERE WARRANTY
FOR MACHINES UNDER BASIC
BATON ROUGE LA 77777

| Branch | | | |
|---|---|---|---|
| COVINGTON LA | | | |
| Date | Time | | Page |
| 08/29/19 | 20:16:05 (B) | | 02 |
| Account No. | Phone No. | | Invoice No. |
| WTYJDBAS01 | | | D57834 |
| Ship Via | Purchase Order | | |
| ORIG WO: D57778 | | | |
| Sales Tax Licence No. | | | |
| | | Salesperson | |
| | | 181 | |

---

## DESCRIPTION

```
STK#/FLEET#                    HRS   PIN/EIN          WARRANTY DATE    HRS
LN326996    333G COMPACT TRACK 527   1T0333GMLJF326996  07/24/20      2000
            333GX                    CH4M31H006598
REPAIR DATE: 8/19/2019
*****************************************************
CLAIM 115714219 SUBMITTED 8/29/2019 - TROY GOMEZ
RE56098                   CLAMP              2       9.47        18.94
T425629                   HOSE             1 N      79.45        79.45
                                              PARTS             98.39
                                              LABOR            542.75
      10501101                     SEGMENT  TOTAL==>            641.14
```

---

```
                              ****** WORK ORDER TOTALS ******
                                INTERNAL      CUSTOMER
                    PARTS         98.39
                    LABOR        542.75
              ENVIRONMENTAL       19.00
              INTERNAL TOTAL     660.14
```

Received By_____

---

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 30 days from the invoice date are subject to a late fee and finance charge on the unpaid balance. Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

EXHIBIT D IN GLOBO 000073



**Zelma Murray Frederick**
Attorney at Law

T 225.382.3615   F 225.612.7033
zfrederick@mcglinchey.com

McGlinchey Stafford PLLC
301 Main Street, 14th Floor
Baton Rouge, LA 70801

April 24, 2020

*Via* Email: fpharis@pharislaw.com
Mr. Fred A. Pharis
Pharis Law Offices
831 DeSoto Street
Alexandria, LA 71301

RE:    *Lacaze Land Development LLC v. Deere & Co., Inc., et al.*
        Civil Action No:  1:19-cv-01477, USDC, Western District of LA
        MS File No.:  019742.0255

Dear Mr. Pharis:

    Please find enclosed W.L. Doggett, LLC d/b/a Doggett Machinery Services' Answers to Interrogatories and Responses to Requests for Production of Documents in the above referenced matter.  The documents produced are identified Doggett 000001-000164.

                                    Sincerely,

                                    McGlinchey Stafford PLLC

                                    *Zelma Murray Frederick*

                                    Zelma Murray Frederick

ZMF/acm
Enclosures
cc:  Paul M. Lavelle (plavelle@cottenschmidt.com)
1563843.1

**mcglinchey.com**

Albany   **Baton Rouge**   Birmingham   Boston   Cleveland   Dallas   Fort Lauderdale   Houston
Irvine   Jackson   Jacksonville   Nashville   New Orleans   New York City   Washington, DC