


Page 1 of 2

# FLUID ANALYSIS

## UIN 06B5D30

### Hydraulic System

**Unit No.** 1T0333GMLJF326996

**Unit:**
- Make: John Deere
- Model: 333G
- Serial No.: 1T0333GMLJF326996
- Site: Lacaze Land

**Compartment:**
- Name: Hydraulic
- Make:
- Model:
- Serial No.:
- Capacity:

**Customer:**
DOGGETT MACH SERVICES LLC
17312 Norwel Dr
Covington LA 70435
USA

| Field | Value |
|---|---|
| DATE SAMPLED | 24-Jun-19 |
| DATE RECEIVED | 27-Jun-19 |
| DATE REPORTED | 01-Jul-19 |
| LAB NO. | 42021402021 |
| SIF NO. | 35094541 |
| TIME ON UNIT (Hrs) | 481 |
| TIME ON OIL (Hrs) | |
| OIL BRAND | John Deere |
| OIL TYPE | Hydrau |
| OIL GRADE | Unknown |
| OIL ADDED | |
| FILTER | Not Applicable |
| OIL CHANGED | Changed |
| WO NUMBER | I68786 |

**Metals (ppm)**
- Iron (Fe): 15
- Chromium (Cr): <1
- Lead (Pb): 2
- Copper (Cu): 10
- Tin (Sn): <1
- Aluminium (Al): <1
- Nickel (Ni): <1
- Silver (Ag): <1
- Titanium (Ti): <1
- Vanadium (V): <1

**Contaminants (ppm)**
- Silicon (Si): 2
- Sodium (Na): <1
- Potassium (K): <1
- Water by Karl Fischer % (E203/D6304): 0.35
- Solids (%): 0.1

**Additives (ppm)**
- Magnesium (Mg): <1
- Calcium (Ca): 67
- Barium (Ba): <1
- Phosphorus (P): 536
- Zinc (Zn): 726
- Molybdenum (Mo): <1
- Boron (B): <5

**Physical Tests**
- Viscosity (cSt 40C): 60.9

**Physical / Chemical**
- Acid Number (mgKOH/g): 0.87

**Particle Count**
- ISO 4406 Rating:
- > 4 Micron (particles/ml):
- > 6 Micron (particles/ml):
- > 14 Micron (particles/ml):
- > 23 Micron (particles/ml):
- > 50 Micron (particles/ml):

## DIAGNOSIS

Time on oil not provided with sample. Heavy concentration of water present. Unable to perform Particle Count test due to high water content. Check for source of water entry. Sample form indicates oil changed at time of sampling. Recommend close monitoring.

**ANALYST:** harold.scarborough

### LEGEND

 Severe

 Abnormal / Caution

 Normal