UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

BDC TREE SERVICES, L L C

-vs-

DEERE & CO INC ET AL

CASE NO. 20-cv-1151

JUDGE DRELL

MAGISTRATE JUDGE PEREZ-MONTES

ORDER

During a telephone conference held on July 14, 2021, and attended by counsel for all parties, the court determined to consolidate the instant case with the following cases…

    Lacaze Land Development, LLC v. Deere & Co., Inc., et al    19–CV–1477

and

    Morgan, et al v. Deere & Co., Inc., et al    21–CV–531.

Amerisure Insurance Co.'s motion for summary judgment in 19–CV–1477 will be separately considered.

Accordingly, it is…

**ORDERED** that the instant case and the above identified and referenced cases be consolidated for all purposes other than trial. A determination on consolidation of trials is reserved for a later date. It is further…

**ORDERED** that the scheduling order in 20–CV–1151 is canceled. The clerk will send out the undersigned's CMO #1. It is further…

**ORDERED** that the pretrial conference set in 19–CV–1477 for August 19, 2021, is canceled and will be continued without date. Counsel should submit new plans of work in 20–CV–1151 and 21–CV–531. Request to revise any part of 19–CV–1477 should be done by separate motion addressed to particular issues.

SIGNED this 15th day of July, 2021 at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT